IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00671-MSK-MJW

ISABEL VALVERDE; and those similarly situated,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC; *ET AL.*,

Defendants.

## DECLARATION OF CYNTHIA LUEVANO

I, Cynthia Luevano, being duly sworn states as follows:

1. I am over the age of 18 years and am fully competent to testify concerning the matters contained within this Declaration.

2. I am currently an administrative assistant for Xclusive Staffing, Inc. ("Xclusive"). I have worked for Xclusive for ten years. Xclusive is a staffing agency that provides employees to hotels and other clients.

3. During the summer of 2015, Xclusive decided to adopt an employment policy of providing arbitration procedures and agreements to all of its employees. These agreements were sought to mutually bind Xclusive and its employees to an arbitration forum for dispute resolution that was relatively low cost to employees and near to each employee's location.

EXHIBIT A

4. The Arbitration Agreement is made available to all employees. Supervisors, managers, and other office personnel were responsible for distributing the Arbitration Agreements to employees.

5. A copy of the Arbitration Agreement as provided to the employees is attached hereto as *Exhibit 1*. Over the past seven months, Xclusive has presented existing employees with the Arbitration Agreement, some when they picked up their paycheck. Since November 2015, Xclusive has also given new employees the Arbitration Agreement at the time they are hired as part of the application process.

6. Xclusive was not always able to present existing employees with the Arbitration Agreement when they picked up their paycheck. There are alternative procedures for receiving paychecks that do not involve interacting with employees. For example, Xclusive may take paychecks directly to the clients' locations for employees to pick up there. Employees can also send third parties to pick up their paycheck as long as they have identification and a letter of authority. We have not been able to speak with every employee about the Arbitration Agreement.

7. After inquiry, I have been unable to find any evidence of any Xclusive personnel describing the Arbitration Agreement as a release relating to on the job injuries.

8. We do not require employees to sign the Arbitration Agreement and some employees simply refuse to enter into the Agreement. No employment action of any kind is threatened or taken against any employee who decides not to execute the Arbitration Agreement. Employees' paychecks are never withheld or threatened to be withheld if an employee does not sign the Arbitration Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of June, 2016.

_Cynthia Luevano_

 

## Mutual Arbitration Agreement

I recognize that differences may arise between Xclusive Staffing, Inc. ("Company") and me during or following my employment with Company, and that those differences may or may not be related to my employment. As a condition of my employment or continued employment, and in exchange for other good and valuable consideration, the receipt of which is hereby acknowledged, I agree that any such differences, not otherwise resolved informally, shall be settled by binding, single-arbitrator arbitration administered by the American Arbitration Association ("AAA") (or some other dispute resolution body as to which Company and I agree in writing as an alternative to the AAA), under the AAA's Employment Dispute Resolution Rules, and that judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

By entering into this Mutual Arbitration Agreement (the "Agreement"), Company and I anticipate gaining the benefits of a speedy, impartial dispute-resolution procedure. I understand and acknowledge that by agreeing to resolve all claims exclusively through arbitration except as otherwise provided in this Agreement, BOTH COMPANY AND I ARE GIVING UP AND WAIVING THE RIGHT TO INITIATE, PROSECUTE, AND/OR DEFEND ANY AND ALL LAWSUITS AND ACTIONS IN THE COURTS AND BEFORE ADMINISTRATIVE AGENCIES THAT ARE IN ANY WAY RELATED TO ANY CLAIM COVERED BY THIS AGREEMENT (OTHER THAN ADMINISTRATIVE CHARGES OF EMPLOYMENT DISCRMINATION TO THE EXTENT REQUIRED BY LAW) AND ARE GIVING UP AND WAIVING ANY RIGHT TO TRIAL BY JURY.

I understand that any reference in this Agreement to Company also will include all benefit plans, the benefit plans' sponsors, fiduciaries, administrators, affiliates, and all successors and assigns of any of them. Except as otherwise provided in this Agreement, the Federal Arbitration Act shall govern the interpretation, enforcement, and all proceedings pursuant to this Agreement and, to the extent that the Federal Arbitration Act is inapplicable, the law of the state where I am employed that pertains to agreements to arbitrate shall apply.

### Claims Covered by the Agreement

1. Claims Covered by the Agreement. Company and I agree that arbitration will be the exclusive, final, and binding method for resolving all disputes, claims, or controversies ("claims"), past, present, or future, whether or not arising out of my employment or its termination, that Company may have against me or that I may have against Company or against its directors, employees, or agents in their capacity as such or otherwise. The only claims that are arbitrable are those that, in the absence of this Agreement, properly could have been brought under applicable local, state or federal law. The claims covered by this Agreement include, but are not limited to, claims for wages or other compensation, claims for breach of any contract or covenant (express or implied), tort claims, personal injury claims, claims for employment discrimination including, but not limited to, claims under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act, claims for violation of labor laws, wrongful termination claims of all types, claims for benefits (except where an employee benefit or pension plan specifies that its claims procedure shall culminate in an arbitration procedure different from this one or is underwritten by a commercial insurer that decides claims), and claims for violation of common law or of any other federal, state, or other governmental law, statute, regulation, or ordinance, except claims expressly excluded in Section 2 of this Agreement.

Any dispute covered by this Agreement will be arbitrated on an individual basis, and the parties mutually waive their right to participate in, or receive money from, any class, collective, or representative proceeding. No dispute between me and the Company may be consolidated or joined with a dispute between any other employee and the Company, nor may I seek to bring my dispute on behalf of other employees as a class or collective action or other representative proceeding. The arbitrator may not consolidate more than one individual's claims, and may not otherwise preside over any form of a class, collective, or representative proceeding. Any arbitration ruling by an arbitrator consolidating the disputes of two or more employees or allowing class or action arbitration shall be contrary to the intent of this Agreement.

### Claims Not Covered by the Agreement

2. Claims Not Covered by this Agreement. Claims for workers' compensation benefits and for unemployment compensation benefits are not covered by this Agreement. Also not covered are claims by Company for injunctive and/or other equitable relief for unfair or prohibited competition and/or the use or unauthorized disclosure of trade secrets or confidential information, as to which I understand and agree that Company may seek and obtain relief from a court of competent jurisdiction. In addition, either party to this Agreement may bring an action in a court of competent jurisdiction to compel arbitration under this Agreement or to enforce an arbitration award rendered hereunder.

### Notice

3. Notice. Company and I agree that the aggrieved party must give written notice of any claim to the other party. Written notice to Company shall be sent to Company's Director of Human Resources. I will be given written notice at the last address recorded in my personnel file. The notice shall contain a statement setting forth the nature of the dispute, the amount involved, if any, and the remedy sought. The notice shall be hand delivered with proof of delivery or sent to the other party by certified or registered mail, return receipt requested.

### Arbitration Procedures

**EXHIBIT 1**

4. Arbitration Procedures. The arbitration shall take place in or near the city in which I am or as last employed by Company. The arbitrator shall apply the substantive law (including the conflict of law rules) and the law of remedies of the state in which the claim arose, or federal law, or both, depending upon and as applicable to the claim(s) asserted. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this Agreement, including but not limited to any claim that all or any part of this Agreement is void or voidable.

The arbitrator has the same and no more authority to order remedies, including monetary damages, as the court or agency that would have had jurisdiction to adjudicate the claim(s) absent this Agreement. The arbitrator has no authority to order any remedy that a court or agency would not be authorized by law to order. The arbitrator(s) shall have the authority to entertain a motion to dismiss and/or a motion for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure. The arbitrator shall render an award and an opinion setting forth the arbitrator's reasoning and legal analysis. All arbitration proceedings shall be private and confidential, unless applicable laws provide to the contrary. The arbitrator shall maintain the privacy and confidentiality of the arbitration hearing and shall have authority to make appropriate rulings to safeguard that confidentiality.

### Arbitration Fees and Costs

5. Arbitration Fees and Costs. Company shall pay the arbitrator's fees and costs in excess of $25.00 which shall be paid by me, unless the arbitrator orders otherwise. Each party shall otherwise pay for its own costs and attorneys' fees, if any.

### Requirements for Modification or Revocation

6. Requirements for Modification or Revocation. This Agreement to arbitrate shall survive the termination of my employment, regardless of the reason therefor. It can only be revoked or modified by a writing signed by the parties which specifically expresses an intent to revoke or modify this Agreement.

### Sole and Entire Agreement

7. Sole and Entire Agreement. This is the complete agreement of the parties on the subject of arbitration of disputes, except for any agreement to arbitrate provided in connection with any pension or benefit plan. This Agreement supersedes any prior or contemporaneous oral or written understanding on the subject. No party is relying on any representations, oral or written, on the subject of the effect, enforceability, or meaning of this Agreement, except as specifically set forth in this Agreement.

### Construction

8. Construction. If any provision of this Agreement is adjudged to be invalid, illegal or unenforceable, in whole or in part, neither the validity of the remaining parts of such provision nor the validity of any other provision of this Agreement shall in any way be affected thereby. In lieu of such invalid, illegal or unenforceable provision, there shall be added automatically as part of this Agreement a provision as similar in terms to such invalid, illegal or unenforceable provision as may be possible to be valid, legal and enforceable.

### Not an Employment Agreement

9. Not an Employment Agreement. This Agreement IS NOT, and SHALL NOT be construed to create any contract of employment, express or implied.

### Voluntary Agreement

☐ "I acknowledge that I have carefully read this agreement, that I understand its terms, that all understandings and agreements between company and me relating to the subjects covered in this agreement are contained in it, \and that I have entered into this agreement voluntarily and not in reliance on any promises or representations by company other than those contained in this agreement itself. I further acknowledge that I have been given the opportunity to discuss this agreement. With my private legal counsel, and have availed myself of that opportunity to the extent I wish to do so."

04/26/2016
Date Signed:

test test
Employee Name:                                          Corporate Director of Human Resources

[ <<< Back ]    [ Sign and Submit ]