IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00671-MSK-MJW

ISABEL VALVERDE; and those similarly situated,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC; *ET AL.*,

Defendants.

## DECLARATION OF SELENE HOCKENBERGER

I, Selene Hockenberger, being duly sworn states as follows:

1. I am over the age of 18 years and am fully competent to testify concerning the matters contained within this Declaration.

2. I was previously an employee for Xclusive Staffing, Inc. ("Xclusive").

3. Maria Sonia M. Simon started working at Xclusive in October 2015. On or about May 9, 2016, Ms. Simon came to Xclusive's office to pick up her paycheck. I was at the front desk working when Ms. Simon arrived to get her check.

4. I had been directed to provide employees a copy of the Arbitration Agreement when they come to get their paychecks. I gave Ms. Simon the Arbitration Agreement. No one has ever told me that the Arbitration Agreement related to an employee's on the job injury, and I have never told that to an employee.

EXHIBIT B

5.  I did not tell Ms. Simon that the document related to her on the job injuries. I also did not tell Ms. Simon she had to sign the document or that she would not get her paycheck if she did not sign the Agreement. Ms. Simon read the Agreement and then did sign the Agreement, a copy of which is attached. I gave Ms. Simon her paycheck and she left. There was no discussion about the Agreement and Ms. Simon did not ask any questions.

6.  I have neither withheld nor threatened to withhold an employee's paycheck in exchange for the employee signing the Agreement. I have also never told an employee he or she was required to sign the Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16 day of June, 2016.

s/ *Selene H.*
Selene Hockenberger

## Acuerdo de Arbitraje Mutual

Reconozco que pueden surgir diferencias entre Xclusive Staffing, Inc. ("la Compañía") y yo durante o después de mi empleo con la empresa, y que esas diferencias pueden o no estar relacionada con mi empleo. Como condición de mi empleo o empleo continuado, ya cambio de otra buena y valiosa consideración, el recibo de que por la presente reconoce, que estoy de acuerdo que tales diferencias, no resueltas de otra manera informal, se resolverá mediante la unión, el arbitraje de un solo árbitro, administrado por la Asociación Americana de Arbitraje ("AAA") (o algún otro órgano de solución de controversias en cuanto a que la empresa y yo estamos de acuerdo en la escritura como una alternativa a la AAA), bajo Normas de Solución de controversias de Empleo de la AAA, y que el juicio sobre el lado dictado por el árbitro (s) puede ser presentado en cualquier tribunal que tenga jurisdicción sobre el mismo.

Al celebrar el presente Acuerdo de Arbitraje Mutual (el "Acuerdo"), la empresa y yo anticipan obtener los beneficios de un procedimiento de solución de controversias imparcial rápida. Entiendo y reconozco que al aceptar resolver todas las reclamaciones exclusivamente a través de arbitraje, salvo disposición en contrario en el presente Acuerdo, la compañía y que se dan por vencidos y la renuncia el derecho de iniciar, procesar y / o defender TODOS LOS JUICIOS Y ACCIONES EN LOS TRIBUNALES Y ANTE LOS ORGANISMOS ADMINISTRATIVOS QUE SEAN DE ALGUNA MANERA RELACIONADOS CON CUALQUIER RECLAMO CUBIERTOS POR ESTE ACUERDO (EXCEPTO LOS GASTOS ADMINISTRATIVOS DE EMPLEO DISCRIMINACIÓN EN LA MEDIDA REQUERIDA POR LA LEY) Y se dan por vencidos y con renuncia a cualquier DERECHO A JUICIO POR JURADO.

Entiendo que toda referencia en el presente Acuerdo a la Compañía también incluirá todos los planes de beneficios, los patrocinadores de los planes de beneficios ', fiduciarios, administradores, afiliadas, y todos los sucesores y cesionarios de cualquiera de ellos. Salvo disposición en contrario en el presente Acuerdo, la Ley Federal de Arbitraje regirá la interpretación, aplicación, y todos los procedimientos en virtud del presente Acuerdo y, en la medida en que la Ley Federal de Arbitraje es inaplicable, la ley del estado donde estoy empleado que pertenece a los convenios de arbitraje se aplicarán.

### Reclamos cubiertos por el Acuerdo.

1. Las demandas cubiertos por el Acuerdo. Sociedad y estoy de acuerdo en que el arbitraje será el método exclusivo y, final, vinculante para la resolución de todas las disputas, reclamos o controversias ("reclamaciones"), el pasado, presente o futuro, ya sea o no que surja de mi empleo o su terminación, que la empresa pueda tener en contra de mí o que yo pueda tener en contra de la empresa o en contra de sus directores, empleados o agentes en su condición de tales o de otra manera. Las únicas reclamaciones que son susceptible de arbitraje son aquellos que, en ausencia de este Acuerdo, adecuadamente podría haber sido puesto bajo la ley local, estatal o federal aplicable. Las reclamaciones cubiertas por el presente Acuerdo incluyen, pero no se limitan a, las reclamaciones por salarios u otra compensación, las reclamaciones por incumplimiento de cualquier contrato o pacto (expresa o implícita), las reclamaciones de responsabilidad civil, las demandas por lesiones personales, las reclamaciones por discriminación en el empleo, incluyendo, pero no limitado a, las reclamaciones bajo el Título VII de la Ley de Derechos Civiles de 1964 y la Discriminación por Edad en el Empleo, las reclamaciones por violación de las leyes laborales, reclamaciones por terminación ilícitos de todo tipo, las solicitudes de prestaciones (excepto cuando un beneficio del empleado o un plan de pensiones específica que su procedimiento de reclamaciones deberá culminar en un procedimiento de arbitraje diferente de éste o es suscrito por un asegurador comercial que decide reclamaciones), y las reclamaciones por violación de la ley común o de cualquier otro federal, estatal u otra ley gubernamental, estatuto, reglamento, o ordenanza, excepto las reclamaciones expresamente excluida en la Sección 2 del presente Acuerdo.

Cualquier controversia que abarca el presente Acuerdo será arbitrada de forma individual, y las partes renuncian mutuamente su derecho a participar en, o recibir dinero de cualquier clase, colectiva o procedimiento representativo. Sin disputa entre mí y la Sociedad podrá ser consolidada o se unió a una disputa entre cualquier otro empleado y la Compañía., ni puedo tratar de traer a mi disputa en nombre de otros empleados como una clase o acción colectiva u otro procedimiento representativo. El árbitro no podrá consolidar más de las reclamaciones de particulares, y no lo contrario presidir ninguna forma de una clase, colectiva o procedimiento representativo. Cualquier lado arbitral por un árbitro consolidar las disputas de dos o más empleados o permitir que la clase o acción arbitraje será contrario a la intención de este Acuerdo.

### Los reclamos no cubiertos por el presente Acuerdo.

2. Reclamaciones no cubiertos por el presente Acuerdo. Las reclamaciones por beneficios de compensación de los trabajadores y de los beneficios de compensación por desempleo no están cubiertos por el presente Acuerdo. Además, no cubiertos son afirmaciones de la empresa de desagravio por mandato judicial y / u otro por competencia desleal o prohibidas y / o el uso o divulgación no autorizada de secretos comerciales o información confidencial, en cuanto a que yo entiendo y acepto que la empresa puede solicitar y obtener medidas de un tribunal de jurisdicción competente. Además, cualquiera de las partes en el presente Acuerdo podrá interponer un recurso ante un tribunal de jurisdicción competente para obligar a arbitraje bajo este Acuerdo o para hacer cumplir el laudo arbitral dictado en virtud del presente.

### Aviso.

3. Aviso. Sociedad y yo coincidimos en que la parte perjudicada debe dar aviso por escrito de cualquier reclamación a la otra parte. La notificación por escrito a la Compañía se enviará al Director de Recursos Humanos de la Compañía. Se me dará aviso por escrito a la última dirección registrada en mi archivo personal. La notificación deberá contener una exposición de la naturaleza de la disputa, el monto involucrado, en su caso, y el remedio buscado. El aviso deberá ser entregado con prueba de entrega o enviado a la otra parte por correo certificado o registrado la mano, con cause de recibo.

### Procedimientos de arbitraje.

4. Procedimientos de Arbitraje. El arbitraje se llevará a cabo en o cerca de la ciudad en la que soy o en último empleado de la empresa. El árbitro aplicará el derecho sustantivo (incluyendo el conflicto de leyes) y la ley de los recursos del estado en el que nació el crédito, o la ley federal, o

1

## EXHIBIT 1

ambos, dependiendo de y en su caso a la reclamación (s) afirmó. El árbitro, y no cualquier ley federal, estatal o tribunal o agencia local, tendrán competencia exclusiva para resolver cualquier controversia relativa a la interpretación, aplicación, ejecución, o la formación de este Acuerdo, incluyendo pero no limitado a cualquier afirmación de que la totalidad o una parte de este Acuerdo es nulo o anulable.

El árbitro tiene el mismo y no más autoridad para ordenar los recursos, incluyendo daños monetarios, ya que el tribunal o agencia que habría sido competente para adjudicar el reclamo (s) en ausencia de este Acuerdo. El árbitro no tiene autoridad para ordenar cualquier recurso que un tribunal o agencia no serían autorizados por la ley para ordenar. El árbitro (s) tendrá la autoridad para entretener a una moción para desestimar y / o una moción de sentencia sumaria por cualquiera de las partes y se aplicarán las normas que rigen este tipo de movimientos bajo las Reglas Federales de Procedimiento Civil. El árbitro deberá rendir un premio y una que establece el razonamiento del árbitro y análisis jurídico opinión. Todos los procedimientos de arbitraje serán privada y confidencial, a menos que las leyes aplicables proveen de lo contrario. El árbitro deberá mantener la privacidad y confidencialidad de la audiencia de arbitraje, y tendrá autoridad para tomar decisiones apropiadas para proteger la confidencialidad.

### Comisiones de Arbitraje y Costas.

5. Comisiones de Arbitraje y Costas. La Compañía pagará los honorarios y costos del árbitro en exceso de $ 25.00 que se pagó por mí, a menos que las órdenes del árbitro digan lo contrario. Cada parte de lo contrario pagar por sus propios gastos y honorarios de abogados, si los hubiera.

### Requisitos para la modificación o revocación.

6. Requisitos para la modificación o revocación. Este acuerdo de arbitraje deberá sobrevivir a la terminación de mi empleo, independientemente de la razón para ello. Sólo puede ser revocado o modificado por un escrito firmado por las partes que expresa específicamente la intención de revocar o modificar el presente Acuerdo.

### Solé y Acuerdo completo.

7. Solé y Acuerdo completo. Este es el acuerdo completo de las partes sobre el tema del arbitraje de las controversias, a excepción de cualquier acuerdo de arbitraje previsto en relación con cualquier plan de pensión o beneficio. Este Acuerdo sustituye cualquier entendimiento anterior o contemporáneo oral o escrito sobre el tema. Ninguna de las partes se basa en ninguna representación, oral o escrita, sobre el tema del efecto, exigibilidad, o el significado de este Acuerdo, salvo que expresamente se establece en este Acuerdo.

### Construcción.

8. Construcción. Si alguna disposición de este acuerdo se encuentra inválida, ilegal o no ejecutable, en su totalidad o en parte, ni la validez de las partes restantes de dicha disposición ni la validez de cualquier otra disposición de este Acuerdo serán de ninguna manera verse afectados por el mismo. En lugar de tal disposición inválida, ilegal o no ejecutable, se añadirá automáticamente como parte de este Acuerdo una disposición tan similares en cuanto a dicha disposición inválida, ilegal o no ejecutable que sea posible ser válida, legal y ejecutable.

### No es un contrato de trabajo.

9. No es un contrato de trabajo. Este acuerdo no es, y no podrá ser interpretado para crear cualquier contrato de trabajo, expreso o implícito.

### Acuerdo Voluntario.

10. Acuerdo Voluntario. RECONOZCO QUE HE LEÍDO ATENTAMENTE ESTE ACUERDO, QUE ENTIENDO SUS CONDICIONES, QUE TODOS LOS ACUERDOS Y CONVENIOS ENTRE LA EMPRESA Y YO SON RELATIVAS A LOS TEMAS TRATADOS EN ESTE ACUERDO SON CONTENIDOS EN EL MISMO, Y QUE HE ENTRADO EN ESTE ACUERDO VOLUNTARIAMENTE Y NO EN CONFIANZA EN CUALQUIER PROMESAS O REPRESENTACIONES DE EMPRESA QUE NO SEAN LOS CONTENIDOS EN ESTE ACUERDO SI MISMO. ADEMÁS RECONOZCO QUE HE TENIDO LA OPORTUNIDAD DE DISCUTIR ESTE ACUERDO, CON MI ASESOR LEGAL PRIVADO, Y YO HEMOS HECHO USO DE ESA OPORTUNITDAD EN LA MEDIDA EN DESEO PARA HACERLO.

Firmado el ___ día de _____, 20___.

_____
Director Corporativo de Recursos Humanos

_____
Empleado

_____
Firma

Texas

2