"To whom ever it may concern".

I. Rocio Miranda (303) 905-6608 has been receiving phone calls from Mr. Justein Towards from phone number (720) 441-2236. He is requesting to meet with me to talk about the company I currently work for. I told him I have no issues with the company I work for. He ~~insist~~ insisted to meet with me in person. He is making ~~feel~~ me feel harrast and very unconfortable.

EXHIBIT C

A quien corresponda:

Yo Rocio Miranda (3039056608)
He estado recibiendo llamadas del Sr. Justin que trabaja para Towards Justice del número 7204412236 el cual me solicita una entrevista para hablar referente de la compañia para la cual yo trabajo, yo le he dicho a él que no tengo ningun problema con la compañia pero dicha persona insiste en tener una entrevista lo cual me esta haciendo sentir acosada por tanta insistencia

Sinceramente
Rocio Miranda