**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-MSK-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY;
OMNI INTERLOCKEN COMPANY, L.L.C.;
OMNI HOTELS MANAGEMENT CORPORATION;
JMIR DTC OPERATOR LLC;
MARRIOTT INTERNATIONAL, INC.; and
HCA-HEALTHONE LLC D.B.A. SKY RIDGE MEDICAL CENTER

    Defendants.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF # 43 ] AND MOTION FOR STAY [ECF # 44 ]**

Subsequent to the filing of Defendants' motion for judgment on the pleadings and motion to stay [ECF ## 43, 44] the Plaintiffs filed their First Amended Complaint [ECF ## 52, 53]. The complaint to which the motion for judgment on the pleadings is no longer the operative complaint and therefore Defendants' motion for judgment on the pleadings as to that complaint is moot and should be denied. *See Gilles v. U.S.*, 906 F.2d 1386, 1389 (10th Cir. 1990). Moreover, because the stay proposed in the motion for a stay was only to be in effect until the motion for judgment on the pleadings was decided, it too is now moot and should be denied.

2

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
David Seligman
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email:  alex@towardsjustice.org
            david@towardsjustice.org

Attorneys for the Plaintiffs

## Certificate of Service

  I hereby certify that on 7/22/2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5.

              <u>s/Alexander Hood</u>
              Alexander Hood