**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC; *ET AL.*,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Defendants Xclusive Staffing, Inc., Xclusive Management, LLC d/b/a Xclusive Staffing, Xclusive Staffing of Colorado, LLC, (collectively, "Xclusive") Diane Astley, Omni Interlocken Company, LLC, Omni Hotels Management Corporation, and Marriott International, Inc., (collectively "Defendants") submit the following Unopposed Motion for To Exceed Page Limitations and as good cause therefore, Defendants state as follows:

1.    On August 2, 2016, undersigned counsel for Defendants conferred with Plaintiffs' counsel regarding the relief sought in this Motion. Plaintiffs' counsel does not oppose this Motion.

2.    On March 22, 2016, Plaintiff Isabel Valverde filed a Class and Collective Action Complaint ("Complaint") alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), the Fair Labor Standards Act ("FLSA"), various state wage laws,

breach of contract, and various claims in equity, including promissory estoppel and unjust enrichment. Comp., pp. 22-26, [Doc. 1].

3. On June 28, 2016, Defendants filed a Motion for Judgment on the Pleadings and a Motion to Stay Discovery. [Docs. 43 & 44]. Defendants' Motion for Judgment on the Pleadings was 30 pages long because it addressed every claim and each of the claims deficiencies.

4. On July 22, 2016, Plaintiffs filed an Amended Complaint. [Doc. 52]. Plaintiffs' Amended Complaint adds one Plaintiff – Maria Sonia Micol Simon, two Defendants – IMIR DTC Operator, LLC, and HCA-HealthONE LLC, d/b/a Sky Ridge Medical Center, and two causes of action – Count VI: Failure to Provide 10 Minute Breaks Under Colorado Law and Count V: Illegal Deductions Under Colorado Law. Amended Comp., [Doc. 52]. Plaintiffs continue to assert *all* of their claims on behalf of themselves and "all others similarly situated" pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b). *Id.* Plaintiffs' Amended Complaint consists of 201 paragraphs and is nearly 35 pages long. *Id.*

5. Following Plaintiffs' Amended Complaint, Defendants began preparing a Motion to Dismiss the Amended Complaint. The Motion to Dismiss is similar to the Motion for Judgment on the Pleadings; however, it addresses the additional claims and factual allegations Plaintiffs made in the Amended Complaint. The Motion to Dismiss seeks to have the Amended Complaint dismissed in its entirety. Defendants' Motion to Dismiss is due Monday, August 8, 2016.

6. This matter was originally assigned to Chief Judge Krieger. On August 1, 2016, Judge Krieger recused herself and this case was reassigned to this Court. Judge Krieger does not impose a page limitation on motions to dismiss. This Court, however, imposes a 20-page

limitation on motions to dismiss.  Civ. Practice Standard IV.B.1.  The Motion to Dismiss was substantially finished before this Court was assigned to this case.

7. Defendants anticipate that they will be unable to adequately address all issues involved in the Motion to Dismiss the Amended Complaint in twenty (20) pages.  Moreover, because Defendants drafted the Motion to Dismiss pursuant to Judge Krieger's practice standards, it will require significant and costly redrafting and editing to cut the Motion to Dismiss down to twenty pages.

8. Defendants respectfully request leave to file a Motion to Dismiss no longer than 35 pages, inclusive of the items included in Civ. Practice Standard IV.B.2.  The additional pages are needed to address the variety of class and collective action claims asserted in the Amended Complaint, as well as numerous complex legal issues relating to those claims.

For the reasons stated herein, Defendants respectfully request that they be granted leave to file a Motion to Dismiss no longer than 35 pages.

Respectfully submitted this 3rd day of August, 2016.

                                      SHERMAN & HOWARD L.L.C.

                                      *s/ Jonathon M. Watson*
                                      Jonathon M. Watson
                                      W.V. Bernie Siebert
                                      633 Seventeenth Street, Suite 3000
                                      Denver, CO  80202
                                      Telephone:  (303) 299-8286
                                      Email:  jwatson@shermanhoward.com
                                                     bsiebert@shermanhoward.com

                                      *Attorneys for Defendants*

Active/43391612.1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 3rd day of August, 2016, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Email:  alex@towardsjustice.org

*s/ Lynn Zola Howell*