**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-MSK-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated

      Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY;
OMNI INTERLOCKEN COMPANY, L.L.C.;
OMNI HOTELS MANAGEMENT CORPORATION;
JMIR DTC OPERATOR LLC;
MARRIOTT INTERNATIONAL, INC.; and
HCA-HEALTHONE LLC D.B.A. SKY RIDGE MEDICAL CENTER

      Defendants.

---

**MOTION TO RESTRICT DOCUMENT (DKT. NO. 52-5)**

---

**CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCIV.R. 7.1(A)**

      Plaintiffs' counsel conferred with Defendants' counsel prior to filing this Motion.

Defendants do not oppose this Motion.

**MOTION TO RESTRICT**

      Plaintiffs filed Exhibit 5 to their First Amended Complaint (Dkt. No. 52-5) as a restricted

document. Defendants disclosed that document to Plaintiffs and designated it as "confidential."

Plaintiffs have not opposed that designation. Pursuant to the Court's Protective Order, Dkt. No.

51 at ¶ 9, because Plaintiffs seek to file with the Court a document designated "confidential," it is Plaintiffs' responsibility to move to restrict that document under D.C.COLO.LCiv.R. 7.2.

Notwithstanding that Local Rule 7.2 states that "stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction," Plaintiffs understand the Protective Order as requiring them to file this Motion. Besides its designation as "confidential," however, Plaintiffs do not have any other basis for thinking Exhibit 5 to the First Amended Complaint (Dkt. No. 52-5) should be restricted.

Respectfully Submitted,

s/David H. Seligman\_\_\_
David H. Seligman
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-248-8426
Fax: 303-957-2289
Email: david@towardsjustice.org

Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on 8/5/2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5.

                                                      s/David H. Seligman__
                                                    David H. Seligman