# Exhibit D

## Xclusive Staffing
### Notice of Employment Policies

As part of our commitment to equal employment opportunity, it is Xclusive Staffing's policy to provide the following list of employment policies to provide you notice of these terms and help you understand our work environment and guidelines:

**BUSINESS INTEGRITY POLICY**
It is the policy of Xclusive Staffing to conduct business ethically and with integrity, and we expect our employees to uphold our high standards of business conduct. Xclusive Staffing is committed to providing a work environment that is free from all forms of unlawful harassment and any conduct that negatively impacts the work environment. Examples include cursing, verbal and/or non-verbal conduct of a sexual nature, and hostile or offensive speech. Xclusive Staffing reserves the right to take whatever action it deems appropriate in upholding these policies.

**DISCRIMINATORY PRACTICES**
It is the policy of Xclusive Staffing to provide equal employment opportunities to all qualified persons without regard to protected class status, such as race, creed, color, religious belief, sex, age, national origin, physical or mental handicap or veteran status. Our clients are obligated to treat our employees in a nondiscriminatory manner. Where the client fails to fulfill this obligation, the employee must notify Xclusive Staffing in writing immediately so that we may investigate.

**UNIFORMS**
All employees for whom a uniform has been provided must wear the uniform. This includes nametags which must be worn at all times on the left side of the uniform. Xclusive Staffing provides different uniforms for the various positions we staff. Uniform deduction forms are utilized and signed by employees and any incurred costs will be deducted from employees' paychecks pursuant to applicable law.

**TRANSPORTATION**
While transportation may be provided on occasion and at the discretion of Xclusive Staffing, employees will not be paid for transportation time. When provided, transportation is as a courtesy and is primarily for the benefit of the employee. We will charge a $4.00 fee for transportation for each one way trip. Drop-offs and pick-ups will be from central locations.

**MEALS**
Some of our clients provide a meal for the employees during their shift, currently at a rate of $3.00 per meal. This meal charge will be deducted from the employees' paycheck. Employees choosing to purchase meals are expected to take only the portions of food that have been paid for. Employees must dine or snack only at designated break times or meal periods in areas designated by management, maintain courteous conduct, and clean up after themselves.

**PAYCHECKS**
Paychecks are distributed each Monday. Each Monday paycheck will generally include pay for all shifts worked from the Monday through the Sunday of the previous week depending on the client. There are some clients that we have a contract with stating we will follow their payroll week. A $3.00 placement/process fee will be deducted on each check you receive so long as you are paid minimum wage for each hour worked. If you have any missing hours or problems with your check you must fill out the Missing Hour form which will be provided. This form must be filled out within a week of the issue date of the check in question in order for us to resolve your concern. Lost checks may result in payment delays due to obtaining a "lost check affidavit" from you, and may also require you to reimburse Xclusive Staffing for the lost check stop payment fee charged by the bank.

**WORK ASSIGNMENTS**
Xclusive Staffing is a temporary staffing agency and does not guarantee assignments. Assignments vary in length of time and rate of pay. Employees are considered "at will" and while we try to respond to each employee's request for work, it is not always possible as our request from clients vary daily. Therefore this job must be considered temporary at all times and we make no guarantees as to types of employment or length of employment that may be available to any employee. Additionally, to be hired for a temporary assignment, the employee must contact Xclusive Staffing either in person or by phone to notify us of their availability to work at least once each week. Should the employee be given a temporary assignment, the employee must work during the specified times, during the specified time period, and on the specified dates as agreed upon at the time of hire for the temporary assignment. Failure to complete the assignment could jeopardize an employee's ability to receive unemployment. Further, each new employee is considered to be on probation for a period of 90 days. During this probationary period, the employee may be discharged if their work, conduct or appearance while on the job is deemed unsatisfactory by Xclusive Staffing. Discharge during the probationary period could also jeopardize an employee's ability to receive unemployment. At completion of the temporary assignment, the employee must again notify Xclusive Staffing either in person or by phone to request another temporary assignment should the employee desire additional work with our company. Failure to request additional assignments could also jeopardize the employee's ability to receive unemployment.

**EMPLOYEE CONDUCT**
All employees should maintain a positive and courteous attitude at all times and greet everyone. To ensure orderly operations and provide the best possible work environment, Xclusive expects employees to follow rules of conduct that will protect the interests and safety of all employees, clients and the company. The following are examples of infractions of rules of conduct that may result in dismissal from an account, up to and including termination of employment: Unauthorized presence at guest functions and guest areas or on premises, including but not limited to guest rooms, dining rooms, bar/lounge or swimming pool; Theft, misappropriation, misuse or willful destruction of employee, visitor, company or client property, or unauthorized removal of such, including found items; Disrespectful or discourteous conduct to customers, supervisors or fellow team members; Refusing to obey direct instruction from a company supervisor (Insubordination); Making or publishing false, vicious or malicious statements concerning an employee, supervisor, the company, a client or operations and services; Soliciting on company premises during active work time; Distribution of literature of any description in working areas; Posting or removing notices, signs, memoranda, or writing in any form on a bulletin board of company/client property; Fighting or threatening violence in the workplace; Boisterous or disruptive activity in the workplace; Smoking in prohibited areas; Possession of dangerous or unauthorized materials, such as explosives or firearms, in the workplace; Unauthorized absence from work station during the workday; Unauthorized use of personal wireless devices, music devices and other devices unauthorized by the company in all areas including guest areas; Unauthorized use of telephones, mail system, or other employer-owned equipment; Use of non-designated entrances/exits; Unsatisfactory performance or conduct, etc.

My signature below indicates that I have read, understand, and will abide by Xclusive Staffing's employment policies.

_____    _____    _____
Printed Name                                    Signature                                           Date