# Exhibit C

# (Restricted Document)

Xclusive Staffing
**Terminos de Empleo**

Como parte de nuestro compromiso para una oportunidad de empleo igual, es la poliza de Xclusive Staffing proveer la siguiente lista de terminos de empleo para ayudarle a entender nuestro ambiente de trabajo y nuestras reglas.

POLIZA DE INTEGRIDAD DEL NEGOCIO
Es la poliza de Xclusive Staffing conducer el negocio con etica e integridad, y nosotros esperamos que nuestros asociados mantengan en alto nuestros altos estandars de conducta en el negocio. Xclusive Staffing esta comprometido a proveer un ambiente de trabajo que este libre de cualquier forma de acoso, o cualquier conducta que impacte negativamente el ambiente de trabajo. Algunos ejemplos incluyen, decir grocerias, cualquier tipo de conducta sexual sea verbal o no verbal, cualquier conversacion que sea hostil u ofenciva. Xclusive Staffing se reserva el derecho de tomar cualquiera que sea la accion apropiada para proteger el interes de la compañia en los asuntos antes mencionados.

PRACTICAS DE DESCRIMINACION
Es la poliza de Xclusive Staffing el proveer oportunidades de igualdad de empleo a todas las personas calificadas sin considerar raza, color, creencias religiosas, sexo, edad, origen nacional, descapacitacion físico o mental o status veterano. Nuestros clientes son obligados a tratar a nuestros empleados de un modo no discriminante. Cuando el cliente falla a cumplir con esta obligación, el empleado debe notificar a Xclusive Staffing en escrito de inmediato para poder tomar acción de correjirlo.

UNIFORMES
Todos los asociados a quienes se les ha provisto un uniforme deberan de traerlo puesto en horas de trabajo. Esto incluye su prendedor con su nombre que debera de ser puesto todo el tiempo en el lado izquierdo. Xclusive Staffing prove diferentes tipos de uniforme para las diferentes posiciones que tenemos. Se le dara a firmar una hoja para rebajarle este uniforme, y el costo será rebajado de su cheque de pago.

TRANSPORTACION
Cuando la transportacion se provee en ocaciones a la discrecion de Xclusive Staffing los asociados no seran pagados por el tiempo que se les transporta al lugar de destino. Recuerde que la transportacion es una cortesia y es principalmente para beneficiar al empleado. Cobraremos una tarrifa de $4.00 por cada hida y venida. Los puntos de encuentro serán de lugares centrales.

LONCHE
Algunos de nuestros clientes proveen un lonche para el empleado durante su horario de trabajo, actualmente la tarifa es de $3.00 por lonche. Este cargo será para rebajado de el cheque de el empleado.

POLIZA DE HOJAS DE TIEMPO
Se require que los asociados mantengan un control de sus fechas, eventos y horas trabajadas. Cada vez que algun asociado trabaje un evento deberan escribir su nombre claro y con letra de molde en las hojas de tiempo que son provistas por Xclusive Staffing el asociado debera verificar al firmar que las horas esten correctas. Xclusive Staffing tratara de resolver cualquier prblema de pago en un buen modo, pero puede haber una espera de hasta cuatro semanas. XCLUSIVE STAFFING NO ES RESPONSABLE POR CUALQUIER DAÑO QUE PUEDE RESULTAR DE ESTE RETRASO ASI SEA INCIDENTAL, CONSEQUENTAL, O DE OTRO MODO.

POLIZA DE CHEQUES DE PAGO
Los cheques de pago son distribuidos los Lunes. Cada Lunes el cheque de pago debera incluir los dias trabajados de Lunes a Domingo de la semana anterior y una deducción de $3.00 en cada cheque que reciba por semana. Si usted tiene algunas horas perdidas o cualquier problema on su cheque, deberá llenar una hoja para reportar horas perdidas y esta se le proveera en la oficina. Esta forma se deberá llenar en la misma semana que su cheque fue expedido para que nosotros podamos resolver su problema. Tiene que mostrar una identificación con foto para recoger su cheque. Cheques perdidos no serán reembolsados.

ASSIGNAMIENTOS DE TRABAJO
Xclusive Staffing es una agencia temporal que no garantiza asignamientos. Asignamientos varian en cuanto a tiempo y pago. Empleados son considerados "a voluntad" y mientras nosotros tratamos de responder a las peticiones de cada empleado por trabajo, no es siempre posible porque las peticiones de el cliente varian a diario. Adicionalmente, el empleado is requerido contactar o notificar a Xclusive Staffing cuando complete un assignmento y la disponibilidad para trabajar, como acordado a tiempo de ser ocupado, durante un periodo de tiempo especificado, en días especificados, o estar en espera como necesitado. El incumplimiento de estos términos podría poner en peligro capacidad del empleado para recibir el desempleo.

My firma abajo indica que he leído, entiendo y seguiré los términos de empleo de Xclusive Staffing.

| _Isabel Valverde_ | _[signature]_ | _08-05-10_ |
|---|---|---|
| Su nombre escrito. | Su firma. | Fecha |

EXHIBIT C

**CONFIDENTIAL**                                                                    DEF 00071

## ATTACHMENT "B"

Agency Employment Acknowledgment

___Xclusive Staffing___ [Name of Agency] Employment Acknowledgment

1. I understand that I am an employee of [Name of Company] ("Company") and am on assignment with, but not an employee of, [Name of Management entity] ("Marriott").

2. I understand that Company, not Marriott, will determine and communicate my pay rate to me, as well as any information about benefits to which I may be entitled from Company.

3. I understand that I will receive a paycheck from Company, not Marriott, and that this paycheck may be picked up at or distributed by Company.

4. I understand that as a Company employee, I am not eligible to participate in any benefits plans, policies, or programs established or administered by Marriott, including, among other things, vacation, holiday pay, health or life insurance, profit sharing, or stock purchase plans.

5. I waive any right or claim to participate in or receive benefits from Marriott for any time period during which I am an employee of Company.

6. I understand that any issues, concerns, or grievances relating to my assignment with Marriott should be addressed to Company.

7. I understand that Company will handle routine personnel matters, such as reference and credit checks. There will be no common personnel records between Company and Marriott.

I have read and understand the above policies and guidelines.

Date: 08-05-10

Signature: [signed]

SEE BACK PAGE !!!

(Back page)

118699v5/CAR    12

**Xs Xclusive Staffing®**

## Notice of Employment Policies

As part of our commitment to equal employment opportunity, it is Xclusive Staffing's policy to provide the following list of employment policies to provide you notice of these terms and help you understand our work environment and guidelines:

### BUSINESS INTEGRITY POLICY

It is the policy of Xclusive Staffing to conduct business ethically and with integrity, and we expect our employees to uphold our high standards of business conduct. Xclusive Staffing is committed to providing a work environment that is free from all forms of unlawful harassment and any conduct that negatively impacts the work environment. Examples include cursing, verbal and/or non-verbal conduct of a sexual nature, and hostile or offensive speech. Xclusive Staffing reserves the right to take whatever action it deems appropriate in upholding these policies.

### DISCRIMINATORY PRACTICES

It is the policy of Xclusive Staffing to provide equal employment opportunities to all qualified persons without regard to protected class status, such as race, creed, color, religious belief, sex, age, national origin, physical or mental handicap or veteran status. Our clients are obligated to treat our employees in a nondiscriminatory manner. Where the client fails to fulfill this obligation, the employee must notify Xclusive Staffing in writing immediately so that we may investigate.

### UNIFORMS

All employees for whom a uniform has been provided must wear the uniform. This includes nametags which must be worn at all times on the left side of the uniform. Xclusive Staffing provides different uniforms for the various positions we staff. Uniform deduction forms are utilized and signed by employees and any incurred costs will be deducted from employees' paychecks pursuant to applicable law.

### TRANSPORTATION

While transportation may be provided on occasion and at the discretion of Xclusive Staffing, employees will not be paid for transportation time. When provided, transportation is as a courtesy and is primarily for the benefit of the employee. We may charge a $4.00 fee for transportation for each one way trip. Drop-offs and pick-ups will be from central locations.

### MEALS

Some of our clients provide a meal for the employees during their shift. This meal charge will be deducted from the employees' paycheck. Employees choosing to purchase meals are expected to take only the portions of food that have been paid for. Employees must dine or snack only at designated break times or meal periods in areas designated by management, maintain courteous conduct, and clean up after themselves.

SSC 00391

### PAYCHECKS

Paychecks are distributed each Monday. Each Monday paycheck will generally include pay for all shifts worked from the Monday through the Sunday of the previous week depending on the client. There are some clients that we have a contract with stating we will follow their payroll week. A $3.00 placement/ process fee will be deducted on each check you receive so long as you are paid minimum wage for each hour worked. If you have any missing hours or problems with your check you must fill out the Missing Hour form which will be provided. This form should be filled out within a week of the issue date of the check in question in order for us to resolve your concern. Lost checks may result in payment delays due to obtaining a "lost check affidavit" from you, and may also require you to reimburse Xclusive Staffing for the lost check stop payment fee charged by the bank.

### WORK ASSIGNMENTS

Xclusive Staffing is a temporary staffing agency and does not guarantee assignments. Assignments vary in length of time and rate of pay. Employees are considered "at will" and while we try to respond to each employee's request for work, it is not always possible as our request from clients vary daily. Therefore this job must be considered temporary at all times and we make no guarantees as to types of employment or length of employment that may be available to any employee. Additionally, to be hired for a temporary assignment, the employee must contact Xclusive Staffing either in person or by phone to notify us of their availability to work at least once each week. Should the employee be given a temporary assignment, the employee must work during the specified times, during the specified time period, and on the specified dates as agreed upon at the time of hire for the temporary assignment. Failure to complete the assignment could jeopardize an employee's ability to receive unemployment. Further, each new employee is considered to be on probation for a period of 90 days. During this probationary period, the employee may be discharged if their work, conduct or appearance while on the job is deemed unsatisfactory either by Xclusive Staffing or the client they have been assigned to. Discharge during the probationary period could also jeopardize an employee's ability to receive unemployment. At completion of the temporary assignment, the employee must again notify Xclusive Staffing either in person or by phone to request another temporary assignment should the employee desire additional work with our company. Failure to request additional assignments could also jeopardize the employee's ability to receive unemployment.

### EMPLOYEE CONDUCT

All employees should maintain a positive and courteous attitude at all times and greet everyone. To ensure orderly operations and provide the best possible work environment, Xclusive expects employees to follow rules of conduct that will protect the interests and safety of all employees, clients and the company. The following are examples of infractions of rules of conduct that may result in dismissal from an account, up to and including termination of employment: Unauthorized presence at guest functions and guest areas or on premises, including but not limited to guest rooms, dining rooms, bar/lounge or swimming pool; Theft, misappropriation, misuse or willful destruction of employee, visitor, company or client property, or unauthorized removal of such, including found items; Disrespectful or discourteous conduct to customers, supervisors or fellow team members; Refusing to obey direct instruction from a company supervisor (insubordination); Making or publishing false, vicious or malicious statements concerning an employee, supervisor, the company, a client or operations and services; Soliciting on company premises during active work time; Distribution of literature of any description in working areas; Posting or removing notices, signs, memoranda, or writing in any form on a bulletin board or company/client property; Fighting or threatening violence in the workplace; Boisterous or disruptive activity in the workplace; Smoking in prohibited areas; Possession of dangerous or unauthorized materials, such as explosives or firearms, in the workplace; Unauthorized absence from work station during the workday; Unauthorized use of personal wireless devices, music devices and other devices unauthorized by the company in all areas including guest areas; Unauthorized use of telephones, mail system, or other employer-owned equipment; Use of non-designated entrances/exits; Unsatisfactory performance or conduct, etc.

☑ "I (maria m simon) hereby acknowledge receipt, reading, understanding and I hereby consent to, agree to be bound by and certify the accuracy of all information provided with respect to the following document."

**Xs Xclusive Staffing®**

### Final Acceptance / Signature Page

I ( marla m simon ) acknowledge having received, read and understood the following documents:

- Employee Rights and Responsibilities under the Family and Medical Leave Act
- Notice of Employment Policies
- Work Schedules and Recording of Time
- Xclusive Staffing Safety Rules
- Safety Manual Acknowledgment
- Medical Centers

☑ I Agree

Full Legal Name: marla m simon    Date Signed: 10/02/2015

I ( marla m simon ) hereby acknowledge receipt, reading, understanding and I hereby consent to, agree to be bound by and certify the accuracy of all information provided with respect to the following documents:

- Background Check Deduction
- Background Check Disclosure
- Drug-Free Workplace Policy
- Sexual Harassment (Definition and Procedures)
- Videos Surveillance Policy
- Social Media Policy

☑ I Agree

Full Legal Name: marla m simon    Date Signed: 10/02/2015

SSC 00408