# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   16-cv-00671-RM-MJW | FTR - Courtroom A-502 |
| **Date:**  August 29, 2016 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| ISABEL VALVERDE,<br>MARIA SONIA MICOL SIMON,<br>and those similarly situated,<br><br>         Plaintiff(s),<br><br>v.<br><br>XCLUSIVE STAFFING, INC.,<br>XCLUSIVE MANAGEMENT, LLC,<br>d/b/a Xclusive Staffing,<br>XCLUSIVE STAFFING OF COLORADO, LLC,<br>DIANE ASTLEY,<br>OMNI INTERLOCKEN COMPANY, L.L.C.,<br>OMNI HOTELS MANAGEMENT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC.,<br>JMIR DTC OPERATOR LLC, and<br>HCA-HEALTHONE LLC,<br><br>         Defendant(s). | Alexander N. Hood<br><br><br><br><br><br><br>Jonathon M. Watson |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   10:00 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.

It is noted JMIR DTC Operator LLC and HCA-HEALTHONE LLC have been served but no entry of appearance has been made by any attorney.

**It is ORDERED:**         A **TELEPHONIC STATUS CONFERENCE** is set
                    **NOVEMBER 03, 2016 at 10:00 a.m.**  Mountain time.

 All participating parties are to be on the call  *before*  the Court is contacted; Plaintiff shall create the  conference call.  Once the conference call is established, the Court shall  be added as the final connection by dialing  (303) 844-2403  at the scheduled time.

Plaintiff makes an oral motions for discovery in order to preparing for the Evidentiary Hearing regarding the Plaintiff's Objections to Magistrate Judge's Recommendation [Docket No. 47] currently set before Judge Raymond P. Moore on October 13, 2016 at 2:00 p.m.

**It is ORDERED:**   Plaintiff's  ORAL MOTION FOR DISCOVERY for the limited purpose of preparing for the Evidentiary Hearing is GRANTED for reasons as set forth on the record.
Each side shall be limited to:
Two (2)  depositions
Ten (10) interrogatories
Five (5)  document requests

Hearing concluded.

**Court in recess:**   10:16 a.m.
Total In-Court Time 00:16

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470