# DECLARATION OF MARIA SONIA M. SIMON

I, Maria Sonia M. Simon, declare that the following is true and correct based upon my personal knowledge:

1. I worked for Xclusive Staffing, Inc. ("Xclusive") from sometime in 2015 until around June 2016.

2. After I sent in my first declaration in this case, Xclusive stopped calling me for work.

3. During the week beginning Monday, May 9, 2016, I went to Xclusive's office to pick up my pay check.

4. When I went to pick up my check, the woman at the desk told me to sign a form and that I couldn't pick up my check if I didn't sign the form.

5. I told her that I didn't understand the form and that I wouldn't sign it.

6. She told me that the form had to do with something about what I would have to do if I was injured on the job.

7. I do understand English, but I didn't understand that form.

8. I signed a different form saying that I had picked up my check. It was the same form that I always signed when I picked up my check. But I continued to refuse to sign the other form that I didn't understand.

9. My pay check was on the table with the forms, so I grabbed it.

10. The woman again told me to sign the form, but I said I wouldn't.

11. The woman wasn't very nice to me after I grabbed the check, but I walked out anyway.

12. My attorney showed me a form that Xclusive says I signed.

13. The signature on that form looks kind of like my signature, but I didn't sign that form.

14. I would never have signed the form because it is written in Spanish, and I don't speak Spanish. I am from the Philippines, and I speak Tagalog.

15. I would never sign anything in Spanish, especially not a form that looked like the form my attorney showed me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 08-31-2016

Maria Sonia M. Simon