**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-MJW

ISABEL VALVERDE, *ET AL.,*
    Plaintiffs,
v.

XCLUSIVE STAFFING, INC. *ET AL.*,
    Defendants.

---

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

---

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
David Seligman
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for Plaintiffs

1

2

**Certificate of Service**

I hereby certify that on 9/1/2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5.

s/Alexander Hood<br>Alexander Hood