**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY;
OMNI INTERLOCKEN COMPANY, L.L.C.;
OMNI HOTELS MANAGEMENT CORPORATION;
JMIR DTC OPERATOR LLC;
MARRIOTT INTERNATIONAL, INC.; and
HCA-HEALTHONE LLC D.B.A. SKY RIDGE MEDICAL CENTER

    Defendants.

**MOTION TO RESTRICT DOCUMENT (DKT. NO. 91)**

**CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCIV.R. 7.1(A)**

Plaintiffs' counsel conferred with Defendants' counsel prior to filing this Motion. Defendant HCA-Healthone LLC does not oppose this Motion. Counsel for all other Defendants indicated that "because Exhibit 5 is restricted I agree portions of the Response that refer to the substance of Exhibit 5 should be restricted." Plaintiffs' counsel is unaware of a way to partially restrict a document on ECF, so he is still moving to restrict the entire response.

## MOTION TO RESTRICT

Plaintiffs filed their response to Defendants' Motion to Dismiss (Dkt. No. 91) as a restricted document because it references Dkt. No. 52-5, which was previously designated as confidential, filed as restricted, and upheld by this Court as restricted upon motion. Defendants disclosed Dkt. No. 52-5 to Plaintiffs and designated it as "confidential." Plaintiffs have not opposed that designation. Pursuant to the Court's Protective Order, Dkt. No. 51 at ¶ 9, because Plaintiffs seek to file with the Court a document designated "confidential," it is Plaintiffs' responsibility to move to restrict that document under D.C.COLO.LCivR. 7.2.

Notwithstanding that Local Rule 7.2 states that "stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction," Plaintiffs understand the Protective Order as requiring them to file this Motion. Besides its designation as "confidential," however, Plaintiffs do not have any basis for thinking Dkt. Nos. 52-5 or 91 should be restricted.

                                      Respectfully Submitted,

                                      s/Alexander Hood
                                      Alexander Hood
                                      Towards Justice
                                      1535 High St., Suite 300
                                      Denver, CO 80218
                                      Tel.: 720-239-2606
                                      Fax: 303-957-2289
                                      Email: alex@towardsjustice.org

                                      Attorney for Plaintiffs

3

## Certificate of Service

I hereby certify that on 9/15/2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5.

                                                   s/Alexander Hood
                                                   Alexander Hood