**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00671-RM-STV

ISABEL VALVERDE, *et al.*,

      Plaintiff,

v.

XCLUSIVE STAFFING, INC., *et al.*,

      Defendant.
_____

**ORDER OF RECUSAL**
_____

Magistrate Judge Scott T. Varholak

      28 U.S.C. 455(a) requires that a judge disqualify himself in certain circumstances in which his impartiality might be reasonably questioned.  The provision is self-enforcing on the part of the judge.  *See United States v. Pearson*, 203 F.3d 1243, 1276-77 (10th Cir. 2000).  Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance."  *Liteky v. United States*, 510 U.S. 540, 548 (1994).

      Upon review of the file of this case, I conclude that I must recuse myself from further service in this case.  **IT IS ORDERED** that:

      (1)     I recuse myself from further service in this matter; and

(2)     The Clerk of the Court shall cause this case to be reassigned to another

Magistrate Judge.

DATED:  October 6, 2016                    BY THE COURT:

                                           s/Scott T. Varholak_____
                                           United States Magistrate Judge