**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE RAYMOND P. MOORE**

Case No. <u>16-cv-00671-RM-MJW</u>                                         Date:  <u>October 11, 2016</u>

Case Title:   *ISABEL VALVERDE, MARIA SONIA SIMON MICOL, and those similarly situated, v. XCLUSIVE STAFFING, INC., ET AL.*

**DEFENDANTS XCLUSIVE STAFFING, INC., XCLUSIVE MANAGEMENT, LLC
d/b/a/ XCLUSIVE STAFFING OF COLORADO, LLC, DIANE ASTLEY,
OMNI INTERLOCKEN COMPANY, LLC, OMNI HOTELS MANAGEMENT
CORPORATION, MARRIOTT INTERNATIONAL, INC.,
AND JMIR DTC OPERATOR L.L.C.'S
<u>PROPOSED WITNESS LIST</u>**

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| <u>Selene Hockenberger</u> | October 13, 2016   30 minutes |
| <u>Diane Astley</u> | October 13, 2016   45 minutes |

Respectfully submitted this 11th day of October, 2016.

SHERMAN & HOWARD L.L.C.

*s/ Jonathon M. Watson*
W.V. Bernie Siebert
Jonathon M. Watson
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 297-2900
Email:  bsiebert@shermanhoward.com
Email:  jwatson@shermanhoward.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 11th day of October, 2016, I electronically filed the foregoing **DEFENDANTS' WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood, Esq.
David Seligman, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Email:  alex@towardsjustice.org
            david@towardsjustice.org

Lisa Hogan Esq.
Martine Wells, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Email:  lhogan@bhfs.com
            mwells@bhfs.com

*s/ Lynn Zola Howell*

2