IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; *and those similarly situated*,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC.,
XCLUSIVE MANAGEMENT, LLC, *dba Xclusive Staffing*,
XCLUSIVE STAFFING OF COLORADO, LLC,
DIANE ASTLEY,
OMNI INTERLOCKEN COMPANY, L.L.C.,
OMNI HOTELS MANAGEMENT CORPORATION,
MARRIOTT INTERNATIONAL, INC., and
HCA-HEALTHONE LLC D.B.A. SKY RIDGE MEDICAL CENTER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's JMIR DTC Operator LLC's Unopposed Joinder of Motion to Dismiss (Docket No. 97), which was docketed as a motion, is GRANTED finding good cause shown. Defendant is recognized as having joined Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 65), filed on August 8, 2016, Defendants' Unopposed Motion to Restrict  (Docket No. 68), and the Court's Order entered August 15, 2016, (Docket No. 80), applying a Level 1 Restriction to Docket No. 65-3.

It is FURTHER ORDERED that Plaintiff's Motion to Restrict (Docket No. 101) is DENIED WITHOUT PREJUDICE. Plaintiff's seek to restrict Docket No. 91, which is their response to Defendants' motion to dismiss, because it refers to a restricted exhibit. Plaintiff's counsel states that he "is unaware of a way to partially restrict a document on ECF, so he is still moving to restrict the entire response." (Docket No. 101.) The entire response is 43 pages. Alternative restrictions, such as redacting the references to the restricted exhibit for public docketing, may be more appropriate. Therefore, Plaintiff is directed to file with the Court either a redacted version of Docket No. 91 that can be docketed publicly or a supplement to the instant motion (Docket No. 101) explaining why restriction is more necessary and what level of restriction is appropriate by **October 31, 2016**. The Clerk is directed to keep Docket No. 91 under restriction until

further Court order.

     It is FURTHER ORDERED that the Stipulated Motion for Extension of Time for Defendant HCA-Healthone LLC, d/b/a Sky Ridge Medical Center to Answer or Otherwise Respond to Complaint (Docket No. 107) is GRANTED finding good cause shown. The deadline for Defendant HCA-Healthone LLC, d/b/a Sky Ridge Medical Center to answer or otherwise respond is extended to November 8, 2016.

Date: October 25, 2016