IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; *and those similarly situated*,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC.,
XCLUSIVE MANAGEMENT, LLC, *dba Xclusive Staffing*,
XCLUSIVE STAFFING OF COLORADO, LLC,
DIANE ASTLEY,
OMNI INTERLOCKEN COMPANY, L.L.C.,
OMNI HOTELS MANAGEMENT CORPORATION,
MARRIOTT INTERNATIONAL, INC.,
JMIR DTC OPERATOR LLC, and
HCA-HEALTHONE LLC D.B.A. SKY RIDGE MEDICAL CENTER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Due to a conflict on the Court's calendar, it is hereby ORDERED that the Telephonic Status Conference set on December 13, 2016 at 2:00 p.m. is VACATED and RESET on December 14, 2016 at 2:00 p.m.

Date: November 7, 2016