IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; *and those similarly situated*,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC.,
XCLUSIVE MANAGEMENT, LLC, *dba Xclusive Staffing*,
XCLUSIVE STAFFING OF COLORADO, LLC,
DIANE ASTLEY,
OMNI INTERLOCKEN COMPANY, L.L.C.,
OMNI HOTELS MANAGEMENT CORPORATION,
MARRIOTT INTERNATIONAL, INC.,
JMIR DTC OPERATOR LLC, and
HCA-HEALTHONE LLC D.B.A. SKY RIDGE MEDICAL CENTER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Unopposed Motion for Extension of Time to File Their Response to Plaintiffs' Motion for Collective Certification of Their FLSA Claims Against all Defendants Except for HCA-HealthOne LLC (Docket No. 141) is GRANTED finding good cause shown. Defendants, except HCA-HealthOne, LLC, shall file their Response to Plaintiffs' Motion (Docket No. 139) on or before January 13, 2017.

Date: December 13, 2016