# Exhibit 6

| First Name | Initial of Last Name | Total Award |
|---|---|---|
| David | P. | $3.00 |
| Anastacio | C. | $6.00 |
| Elizabeth | H. | $3.00 |
| Nancy | C. | $36.00 |
| Luis | I. | $21.00 |
| Ronald | D. | $3.00 |
| Matthew | C. | $3.00 |
| Eloisa | G. | $3.00 |
| Antonio | E. | $6.00 |
| Maria | J. | $6.00 |
| Sergio | N. | $12.00 |
| Selvin | G. | $3.00 |
| Adan | V. | $3.00 |
| Cesar | A. | $117.00 |
| Maria | Z. | $3.00 |
| Santiago | S. | $3.00 |
| Cintya | C. | $3.00 |
| Martha | G. | $3.00 |
| Juan | R. | $3.00 |
| Fernanda | V. | $12.00 |
| Benjamin | L. | $39.00 |
| Maria | S. | $24.00 |
| Zlatan | G. | $3.00 |
| Christopher | S. | $30.00 |
| Reina | V. | $3.00 |
| Clemente | F. | $3.00 |
| Alejandra | C. | $3.00 |
| Brenda | R. | $12.00 |
| Angel | C. | $90.00 |
| Rolando | M. | $9.00 |
| Romero | A. | $30.00 |
| Karla | R. | $30.00 |
| Gilberto | G. | $3.00 |
| Jose | M. | $27.00 |
| Alejandro | N. | $6.00 |
| Maria | H. | $3.00 |
| Eric | C. | $3.00 |
| Leticia | R. | $3.00 |
| Danica | V. | $6.00 |