# EXHIBIT A



**Valverde v Xclusive**

**5658**

**AS OF 08/8/2017**

### NOTICE MAILING ACTIVITY

| Week Ending | Notices Mailed | Notice Requests Mailed | Undeliverable Notice w/ Forward | Undeliverable Notice w/ No Forward | Undeliverable from Re-Mailed Notice | Batch Trace Performed | Batch Trace Hits | Batch Trace No-Hits | Forwarded Notices (Re-Mailed) | Trace Notices (Re-Mailed) |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/17 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/12/17 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/19/17 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/26/17 | 0 | 0 | 0 | 0 | 0 | 7 | 4 | 3 | 1 | 4 |
| 6/2/17 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6/9/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6/16/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6/23/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7/7/17 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7/14/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7/21/17 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 7/24/17 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 7/28/17 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7/29/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8/7/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Project Total** | **38** | **2** | **1** | **8** | **1** | **8** | **5** | **3** | **1** | **5** |

### NOTICE RESPONSE ACTIVITY

| Week Ending | *Claims Received | *Exclusions Received | *Objections Received | Disputes Received |
|---|---|---|---|---|
| 5/5/17 | 0 | 0 | 0 | 0 |
| 5/12/17 | 1 | 0 | 0 | 0 |
| 5/19/17 | 0 | 0 | 0 | 0 |
| 5/26/17 | 0 | 0 | 0 | 0 |
| 6/2/17 | 0 | 0 | 0 | 0 |
| 6/9/17 | 1 | 0 | 0 | 0 |
| 6/16/17 | 0 | 0 | 0 | 0 |
| 6/23/17 | 0 | 0 | 0 | 0 |
| 6/30/17 | 0 | 0 | 0 | 0 |
| 7/7/17 | 0 | 0 | 0 | 0 |
| 7/14/17 | 0 | 0 | 0 | 0 |
| 7/21/17 | 0 | 0 | 0 | 0 |
| 7/28/17 | 0 | 0 | 0 | 0 |
| 8/4/17 | 0 | 0 | 0 | 0 |
| 8/7/17 | 0 | 0 | 0 | 0 |
| **Project Total** | **2** | **0** | **0** | **0** |

**Valverde v Xclusive**
5658
**AS OF 08/8/2017**

