**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 16-cv-00671-RM-MJW

ISABEL VALVERDE, et al.,

      Plaintiffs,

v.

XCLUSIVE STAFFING, INC., et al.,

      Defendants.

---

**ORDER**

---

THE COURT, having considered the Joint Motion and Notice to Approve Plan for

Supplemental Settlement Process ("Joint Motion") (ECF No. 188) submitted by Plaintiff Simon

("Plaintiff") and Defendant HCA-HealthONE LLC d/b/a Sky Ridge Medical Center ("Sky

Ridge") (collectively, "Settling Parties"), the facts and law, relevant portions of the court file, the

matters discussed at the hearings held on August 18 and 23, 2017, and being otherwise fully

advised, hereby **ORDERS** and **APPROVES** as follows:

1. As stated herein, the Settling Parties' Joint Motion (ECF No. 188) is GRANTED; the

   proposed supplemental settlement process affecting notice and claims described in the

   Joint Motion is APPROVED; and the proposed notices and forms submitted with the

   Joint Motion as exhibits are APPROVED;

2. The final approval hearing set for September 14, 2017 at 1:30 p.m. is VACATED and

   a new final approval hearing is set for November 21, 2017 at 1:00 p.m.;

3. The Court APPROVES the following as delineated in ECF No. 188 and the

   associated exhibits:

- ECF No. 188-1: (a) the supplemental notice updating the fairness hearing date is approved to be mailed by Rust Consulting to the class at the addresses used for the first notice mailing, with the supplemental notice informing the class that the final approval hearing date and time have been rescheduled; and (b) the supplemental notice shall be provided in English and Spanish;

- ECF No. 188-2:  the notice to be published in the weekly publication El Semanario in English and Spanish for four consecutive weeks is approved;

- Optime Administration, LLC ("Optime"), retained and paid for by Plaintiff's counsel, is approved and appointed as the class action administrator for the purpose of transmitting text messages as stated herein, and collecting and transmitting claim forms, opt-out forms, and objections;

- Text Messages: (a) Optime shall send all class members two text messages manually to the phone numbers to be provided by Xclusive Defendants pursuant to the Court's August 28, 2017, Order issued concurrently with this Order; (b) the text messages will include an internet link, which will open a notice, claim form, and opt-out form; and (d) one text message shall be in English and the other shall be in Spanish.

The following language for the initial, manually-sent text message is approved:

> You may be a member of a class of individuals certified by a court
> to receive wages in a settlement regarding temporary work you did
> with Sky Ridge Medical Center. Go here to read about your rights:
> [INSERT URL].[1]

---

[1] Optime will develop a URL link for use with this text message and Plaintiff's counsel will confer with Sky Ridge regarding the URL to ensure it is not objectionable prior to the text messages being sent.

2

If there are any responses to the text messages via a text message response from a class member, Optime is authorized to provide a single text message reply in the same language, English or Spanish, as the response with the following language:

> Thank you for the response. Please call or email Towards Justice, the attorneys bringing the case, with any questions at (720) 441-2236 or SkyRidgeClassAction@towardsjustice.org.

- ECF No. 188-3, 188-4, 188-5: the notice, claim form, and settlement opt-out form to be access by the internet link to be sent by Optime are approved; and

4. The following schedule for the supplemental settlement process is APPROVED:

- **On or before September 1, 2017**: Xclusive Defendants shall provide a class list to Optime with all last-known phone numbers for each of the 38 class members pursuant to the August 28, 2017, Order issued concurrently with this Order;

- **On or before September 1, 2017**: The Settling Parties shall file a notice with the Court attaching a signature page, indicating they have reviewed and approved the Joint Motion;

- **On or before September 6, 2017**: Rust Consulting shall mail the approved supplemental notice (in Spanish and English) informing the class of the rescheduled final approval hearing. The notices shall be mailed to the same names and addresses as the last-mailed previous notice.  This shall be at Sky Ridge's expense;

- **On or before September 8, 2017**: Plaintiff's counsel shall direct Optime to cause the court-approved text message, in both English and Spanish, to be sent to each class member linking to an electronic version of the court-approved notice, claim form, and opt-out form.  This shall be at Plaintiff's counsel's expense;

- **As early as practicable, but no later than September 11, 2017**: Sky Ridge shall cause the court-approved newspaper notice to be published in English and in Spanish in the weekly publication El Semanario for 4 consecutive weeks.  This shall be at Sky Ridge's expense;

- **October 13, 2017**: Supplemental claims period ends; and class members' objection deadline;

- **October 25, 2017**: Parties' responses to any objections and joint final approval motion due to the Court;

- **November 21, 2017 at 1:00 p.m.:** Final approval hearing;

- **Within 14 days of entry of final approval**: Checks shall be mailed to all class members that make a claim; and

- **Within 30 days of entry of final approval**: Plaintiff shall file a stipulation of dismissal with prejudice as against Sky Ridge within 30 days of the final approval hearing.

DATED this 28th day of August, 2017.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge