**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-MJW

ISABEL VALVERDE, et al.,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., et al.,

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the persons listed below are opting-in to this suit as party plaintiffs to the Fair Labor Standards Act claim:

1. ELOISA GALDAMEZ
2. EMERITA MARTINEZ
3. SONIA MARAVILLA

Consent to join forms for each person listed are attached below.

    Respectfully Submitted,

    <u>s/Alexander Hood</u>
    Alexander Hood
    Towards Justice
    1535 High Street, Suite 300
    Denver, CO 80218
    Tel.: 720-239-2606
    Fax: 303-957-2289
    Email: alex@towardsjustice.org

## Certificate of Service

I hereby certify that on October 5, 2017, I served a true and correct copy of the forgoing on all parties of record by pursuant to Fed. R. Civ. P. 5 by filing the forgoing using this Court's CM/ECF electronic filing system.

                                                     s/Alexander Hood
                                                    Alexander Hood

## **DECLARATION OF TRANSLATOR JUSTIN GRANT**

I, Justin Grant, declare that the following is true and correct based upon my personal knowledge:

1. I am a bilingual intake specialist and paralegal at Towards Justice.

2. I am fluent in both Spanish and English.

3. I graduated from Grand Valley State University with Bachelor of Arts with a major in history and a minor in Spanish.

4. While at Grand Valley State University, I studied abroad in Buenos Aires, Argentina and Barcelona Spain, where I attended university and took classes only in Spanish.

5. After college, I served in the Peace Corps in Honduras where I was a Water and Sanitation Promoter, providing education to rural communities. For the purposes of my work in the Peace Corps, I communicated only in Spanish.

6. At Towards Justice, I currently speak in Spanish with current and prospective clients on a daily basis and frequently act as an interpreter for the attorneys at Towards Justice.

7. Below are opt-in forms for ELOISA GALDAMEZ, EMERITA MARTINEZ, and SONIA MARAVILLA. The typed Spanish in all three opt-ins is identical. Based on my knowledge of Spanish, the English translation of this typed Spanish is as follows:

> 1. I hereby consent, agree, and opt-in to become a Plaintiff in Valverde v. Xclusive Staffing, Inc., 16-cv-00671-RM-MJW (D. Colo.) currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid wages and overtime from XCLUSIVE STAFFING, INC., XCLUSIVE MANAGEMENT, LLC, dba Xclusive Staffing, XCLUSIVE STAFFING OF COLORADO, LLC, and DIANE ASTLEY.
>
> 2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be

bound by any settlement of this action approved by the named Plaintiffs in this action.

3. I hereby designate David Seligman and Alexander Hood of Towards Justice (the "Attorneys") to represent me in this action and consent to the following attorney fee arrangement: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or one-quarter (1/4) of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement.

4. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 5, 2017

_____
Justin Grant

# **CONSENTIMIENTO PARA UNIRSE**

1. Por la presente yo consiento, estoy de acuerdo, y opto-para participar como un Demandante en *Valverde v. Xclusive Staffing, Inc.,* 16-cv-00671-RM-MJW (D. Colo.) actualmente pendiente en la Corte de Distrito de los Estados Unidos para el Distrito de Colorado y llevado bajo La Ley de Normas Justas de Trabajo para recuperar salario y horas extraordinarias no pagadas de XCLUSIVE STAFFING, INC., XCLUSIVE MANAGEMENT, LLC, dba Xclusive Staffing, XCLUSIVE STAFFING OF COLORADO, LLC, and DIANE ASTLEY.

2. Estoy de acuerdo estar obligado por cualquier adjudicación en esta acción por la Corte, si sea favorable o desfavorable. Además yo estoy de acuerdo estar obligado por cualquier acuerdo en esta acción aprobada por los Demandantes nombrados en esta acción.

3. Por la presente yo designo a David Seligman y Alexander Hood de Towards Justice (los "Abogados") para representarme en esta acción y consiento al siguiente arreglo honorario de abogado: Los abogados de los Demandantes serán pagados uno u otro los honorarios razonables de los abogados adjudicados por la Corte o un cuarto (1/4) del total de los honorarios de abogados y los daños recuperados para los Demandantes, cualquier que sea mayor, más el reembolso de los costos.

4. Yo entiendo que la Corte puede determinar más tarde que yo no puedo acertar estas demandas en este caso, y entonces que yo tendría que llevar mis demandas en otra acción diferente. Este "Consentimiento Para Unirse" no les designa a los Abogados representarme en cualquier otra acción.

**FECHA:** 9/20/2017

**FIRMA:** _Sonia maravilla_ (DocuSigned)

**NOMBRE ESCRITO:** Sonia maravilla

**DIRECCIÓN:** 930 tucson st aurora co 80011

**TELÉFONO:** 720 220 9025

## CONSENTIMIENTO PARA UNIRSE

1. Por la presente yo consiento, estoy de acuerdo, y opto-para participar como un Demandante en *Valverde v. Xclusive Staffing, Inc.*, 16-cv-00671-RM-MJW (D. Colo.) actualmente pendiente en la Corte de Distrito de los Estados Unidos para el Distrito de Colorado y llevado bajo La Ley de Normas Justas de Trabajo para recuperar salario y horas extraordinarias no pagadas de XCLUSIVE STAFFING, INC., XCLUSIVE MANAGEMENT, LLC, dba Xclusive Staffing, XCLUSIVE STAFFING OF COLORADO, LLC, and DIANE ASTLEY.

2. Estoy de acuerdo estar obligado por cualquier adjudicación en esta acción por la Corte, si sea favorable o desfavorable. Además yo estoy de acuerdo estar obligado por cualquier acuerdo en esta acción aprobada por los Demandantes nombrados en esta acción.

3. Por la presente yo designo a David Seligman y Alexander Hood de Towards Justice (los "Abogados") para representarme en esta acción y consiento al siguiente arreglo honorario de abogado: Los abogados de los Demandantes serán pagados uno u otro los honorarios razonables de los abogados adjudicados por la Corte o un cuarto (1/4) del total de los honorarios de abogados y los daños recuperados para los Demandantes, cualquier que sea mayor, más el reembolso de los costos.

4. Yo entiendo que la Corte puede determinar más tarde que yo no puedo acertar estas demandas en este caso, y entonces que yo tendría que llevar mis demandas en otra acción diferente. Este "Consentimiento Para Unirse" no les designa a los Abogados representarme en cualquier otra acción.

**FECHA:** 10/02/17

**FIRMA:** [signature]

**NOMBRE ESCRITO:** Enjerista L. Ortiyez

**DIRECCIÓN:** 1389 Quari St. 206 aurora C.O 80011

**TELÉFONO:** 720 422 6919

## CONSENTIMIENTO PARA UNIRSE

1. Por la presente yo consiento, estoy de acuerdo, y opto-para participar como un Demandante en *Valverde v. Xclusive Staffing, Inc.*, 16-cv-00671-RM-MJW (D. Colo.) actualmente pendiente en la Corte de Distrito de los Estados Unidos para el Distrito de Colorado y llevado bajo La Ley de Normas Justas de Trabajo para recuperar salario y horas extraordinarias no pagadas de XCLUSIVE STAFFING, INC., XCLUSIVE MANAGEMENT, LLC, dba Xclusive Staffing, XCLUSIVE STAFFING OF COLORADO, LLC, and DIANE ASTLEY.

2. Estoy de acuerdo estar obligado por cualquier adjudicación en esta acción por la Corte, si sea favorable o desfavorable. Además yo estoy de acuerdo estar obligado por cualquier acuerdo en esta acción aprobada por los Demandantes nombrados en esta acción.

3. Por la presente yo designo a David Seligman y Alexander Hood de Towards Justice (los "Abogados") para representarme en esta acción y consiento al siguiente arreglo honorario de abogado: Los abogados de los Demandantes serán pagados uno u otro los honorarios razonables de los abogados adjudicados por la Corte o un cuarto (1/4) del total de los honorarios de abogados y los daños recuperados para los Demandantes, cualquier que sea mayor, más el reembolso de los costos.

4. Yo entiendo que la Corte puede determinar más tarde que yo no puedo acertar estas demandas en este caso, y entonces que yo tendría que llevar mis demandas en otra acción diferente. Este "Consentimiento Para Unirse" no les designa a los Abogados representarme en cualquier otra acción.

**FECHA:** 9-11-17

**FIRMA:** Eloisa Galdamez

**NOMBRE ESCRITO:** Eloisa Galdamez

**DIRECCIÓN:** 9700 Welby RD #1332
Thornton CO. 80229

**TELÉFONO:** 720-292-9655