**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on Plaintiff Simon and Defendant HCA-HealthONE LLC d/b/a Sky Ridge Medical Center's (collectively, the "Parties") Joint Motion for Final Approval of Proposed Class and Collective Action Settlement Agreement between Plaintiff Simon and Defendant HCA-HealthONE LLC d/b/a Sky Ridge Medical Center (the "Joint Motion") (ECF No. 203). On November 21, 2017, the Court held a hearing on the Joint Motion and conditionally granted the Joint Motion, subject to the filing of certain claims forms. On November 30, 2017, the claim forms were filed by Plaintiff Simon. (ECF No. 215.) As previously stated on the record, after consideration of the Joint Motion, the court record, and the law, and being otherwise fully advised, the Court finds the Joint Motion should be granted. According, the Court **ORDERS**:

    (1) That the Joint Motion for Final Approval of Proposed Class and Collective Action Settlement Agreement between Plaintiff Simon and Defendant HCA-HealthONE LLC d/b/a Sky Ridge Medical Center (ECF No. 203) is **GRANTED**;

(2) That the Settlement Agreement, as amended, is hereby finally **approved** as fair, reasonable, and adequate to the collective and class action classes pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b);

(3) That, for purposes of these Parties' settlement only, this action as between these Parties is finally certified as a collective action under the FLSA pursuant to 29 U.S.C. § 216(b);

(4) That, for purposes of these Parties' settlement only, attorneys Alexander Hood and David Seligman are finally approved as class counsel for the Rule 23 Class pursuant to Fed. R. Civ. P. 23;

(5) That, for purposes of these Parties' settlement only, Named Plaintiff Simon is finally approved as the class representative for the Rule 23 Class pursuant to Fed. R. Civ. P. 23; and

(6) That the Parties and their counsel shall complete the administration of the settlement and the dismissal of the case with respect to Defendant Sky Ridge pursuant to the deadlines established in the Settlement Agreement, as amended, and this Court's prior order establishing supplemental settlement process deadlines (ECF Doc. 190).

DATED this 1st day of December, 2017.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge