# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-00671-RM-NRN

ISABEL VALVERDE
MARIA SIMON; and those similarly situated

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING;
XCLUSIVE STAFFING OF COLORADO, LLC;
DIANE ASTLEY;
OMNI INTERLOCKEN COMPANY, L.L.C.;
OMNI HOTELS MANAGEMENT CORPORATION; and
MARRIOTT INTERNATIONAL, INC.

    Defendants.

---

**ORDER RE: JOINT MOTION TO STAY ALL DEADLINES AND TOLL THE STATUTES OF LIMITATIONS FOR THE CONDITIONALLY CERTIFIED COLLECTIVE CLASSES' FLSA CLAIMS PENDING MEDIATION (ECF NO. 251)**

---

THE COURT, having considered the Joint Motion to Stay All Deadlines and Toll the Statutes of Limitations for the Conditionally Certified Collective Classes' FLSA Claims Pending Mediation (ECF No. 251) submitted by all parties, the court record, and the relevant rules and law, hereby finds that sufficient grounds have been shown for the requested stay. Accordingly, the Court ORDERS as follows:

    1.    The Motion (ECF No. 251) is GRANTED;

    2.    This case is hereby STAYED pending the parties' mediation;

    3.    The FLSA statute of limitations for all members of all conditionally certified collective classes in this case, *see* ECF No. 248 (conditionally certifying classes

and subclasses), are hereby tolled until (1) two weeks after the date(s) of any mediation undertaken by the parties or (2) two weeks after a notice to this Court by either party that settlement discussions have deteriorated and mediation will not be occurring; and

4. Absent the filing of a notice of settlement, the parties shall file a status report with the Court regarding settlement efforts within 56 days of the date of this order.

DATED this 17th day of September, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge