IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00671-RM-NRN

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; *and those similarly situated*,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC.,
XCLUSIVE MANAGEMENT, LLC, *dba Xclusive Staffing*,
XCLUSIVE STAFFING OF COLORADO, LLC,
DIANE ASTLEY,
OMNI INTERLOCKEN COMPANY, L.L.C.,
OMNI HOTELS MANAGEMENT CORPORATION, and
MARRIOTT INTERNATIONAL, INC.,

Defendants.

Civil Case No. 17-cv-01602-RM-NRN

JOSE TREJO;
MARISOL TREJO;
OBDULIA JULIE CORTES;
VILMA DE JESUS ALVARENGA CARRANZA; and those similarly situated

Plaintiffs,

v.

XCLUSIVE STAFFING, INC.;
XCLUSIVE MANAGEMENT, LLC D.B.A. XCLUSIVE STAFFING; XCLUSIVE
STAFFING OF COLORADO, LLC; DIANE ASTLEY; and
WESTIN DIA OPERATOR, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This case is before the Court on review of the docket. It is hereby ORDERED that a Telephonic Status Conference is set November 2, 2018 at 9:00 a.m. The parties may participate by **jointly** contacting Chambers (303-335-2403) at the scheduled time.

The parties should be prepared to address the status of Defendants' Motion for Partial Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) (Dkt. # 241), in light of the stay entered by Judge Moore on September 17, 2018.

Date: October 22, 2018