**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 16-cv-00671-RM-MJW

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

---

## ORDER
---

This matter is before *sua sponte* upon review of the Joint Statement of Clarification (ECF No. 260) with its representation that the only class[1] at issue is the Colorado State Law Rule 23 class and, resultantly, a review of the record in this case. Upon such review, the Court finds the question of standing first must be addressed as to Count VI of the First Amended Class and Collective Action Complaint ("Complaint"). A question which the Court has a duty to examine, "*sua sponte* if necessary." *U.S. v. Ramos*, 695 F.3d 1035, 1046-47 (10th Cir. 2012). If Plaintiffs lack standing to assert Count VI based on conduct occurring outside of the state of Colorado, then the Joint Statement is correct.

Specifically, the Complaint alleges four state law class action claims: Counts III, IV, V, and VI. In the Order of September 5, 2017, the Court accepted the Magistrate Judge's recommendation to dismiss based on lack of standing as to Counts III, IV, and V to the extent the

---
[1] Other than a nationwide RICO class which the Magistrate Judge has recommended be dismissed.

class action claims were based on conduct occurring outside the state of Colorado.  Count VI, however, remained as to Plaintiffs' breach of implied contract and unjust enrichment claims to the extent they are based on straight time, and not just to conduct *inside* the state of Colorado.  Defendants had not moved to dismiss based on lack of standing as to Count VI, but, in light of the accepted recommended dismissal as to Counts III, IV, and V, the Court raised a question of standing as to Count VI.  (ECF No. 193, p. 14 n.11.)  That question remains pending, but must be resolved.

Accordingly, it is **ORDERED** that on or before **Monday, January 14, 2019**, the parties shall show cause why Count VI should not be dismissed to the extent that class claim is based on conduct occurring outside the state of Colorado.

DATED this 10th day of January, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge