02-21-2019

My name is Mania Simon
I would like to file a motion to give me time to find a new lawyer I would like to fired my lawyer Alex & David. I want to take it to trial for more money because there is maybe twinty one thauson Worker we represent in this case 1 million five hundred to twinty thausand dollars is not enought.
also they told me my lawyer said only $10,000 for me

Case 16-CV-00671-RM-NRN

Mania Simon

609 3923

338 South Crystal Way
Aurora CO 80012