To who it may Concern

My name is Maria Simoes

I was here on last Thursday the 21-2019 I did fille a motion for more time so I can fine my own Lawyer and to ask more money because $1.520.000 ~~fifteenhundred~~ 1 Million five hadreed twinty thausand its not erought to pay 8,000 or 20,000 employees Because we want to take this case to a trial. Today 02-25-2019 12:10 am I filling a motion for the status of the case off 16-cv-671
Let me know how much time to I have
Please call me or email me to

gemmaandsear@yahoo.com
Cell 720 609 3923
Address 1338. South cristal way Aurora co 80012