**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 16-cv-00671-RM-NRN

Consolidated with Civil Case No. 17-cv-01602-RM-NRN for Settlement Approval

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

---

## ORDER
---

This matter is before the Court upon consideration of the recent filings, namely: (1) Plaintiff Simon's letter, construed as a motion, requesting the status of her case (ECF No. 277), which was filed *pro se*; and (2) the motions to withdraw as counsel for Plaintiff Simon by her attorneys of record (ECF Nos. 278, 279). Starting with Ms. Simon's motion, it is unclear to the Court why Ms. Simon does not know the status of this case, or apparently the status of her earlier motion (ECF No. 274), as these matters are addressed in this Court's Order of February 22, 2019 (ECF No. 275). Regardless, Plaintiffs' counsel is directed to mail (by regular mail and email) a copy of this Order and the Order of February 22, 2019 to Ms. Simon forthwith. Upon the completion of such mailing, Plaintiffs' counsel shall file a certificate of service of such mailing. Ms. Simon's motion (ECF No. 277) is therefore DENIED.

As for counsels' motions to withdraw, the Court will defer ruling on those motions until after Ms. Simon has been sent a copy of the referenced Orders.

SO ORDERED.

DATED this 26th day of February, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
