**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 16-cv-00671-RM-NRN

Consolidated with Civil Case No. 17-cv-01602-RM-NRN for Settlement Approval

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

---

## ORDER

---

This matter is before the Court on attorneys Alexander Hood's and David Seligman's respective motion to withdraw as counsel for Plaintiff Simon (ECF Nos. 278, 279). Upon consideration of the motions and finding compliance with D.C.COLO.LAttyR 5(b) and good cause for the requested withdrawals, is it ORDERED

(1) That the motions to withdraw (ECF Nos. 278, 279) are GRANTED, and Alexander Hood and David Seligman are hereby terminated as attorneys for Plaintiff Simon only;

(2) That, as Plaintiff Simon now appears pro se, the Clerk shall add her contact information to the certificate of service, with her address as 1338 S. Crystal Way, Aurora, CO 80012, and phone number 720-609-3923 (ECF No. 274);

(3) That the Clerk shall mail a copy of this Order to Plaintiff Simon at the above-referenced address. In addition, in this instance, the Clerk shall also mail a copy of

    this Order to Plaintiff Simon at the following address: Maria Simon c/o the Gathering Place, 1535 High Street, Denver, CO 80218;

  (4) That, pursuant to D.C.COLO.LCivR 5.1(c) and D.C.COLO.LAttyR 5(c), Plaintiff Simon is required to provide written notice to the court of any change of name, mailing address, or telephone number no later than five days after the change; and

  (5) That this case remains administratively closed, subject to reopening upon motion filed showing good cause.

  The Court recognizes that Plaintiff Simon has indicated she seeks new counsel. Nonetheless, as Plaintiff Simon currently proceeds pro se, the Court provides notice to Plaintiff Simon of the Federal Pro Se Clinic which provides free assistance to people representing themselves in the U.S. District Court for the District of Colorado. The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases. If Plaintiff Simon wishes to avail herself of this service, she may make an appointment by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic. The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294. Walk-in appointments may also be available, but only on a space-available basis.

  SO ORDERED.

  DATED this 1st day of March, 2019.

              BY THE COURT:

              _____
              RAYMOND P. MOORE
              United States District Judge