16-CV 00671-RM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAR -8 PM 2:57

JEFFREY P. COLWELL
CLERK

7 March 2019

To whom it may concern,

I, Maria Simon, would like to file a motion to remove all lawyers from the whole class action case. I would like to represent all employees that work for Exclusive. The lawyers currently on the case have mislead me and have told me incorrect information to lead me to sign documents I do not agree with. Initially, they told me $10,000 and later they told me $30,000. My name was also forged on a document, which the court is aware of already. I do not trust the legal advice that has been given to me. They hired administration and three additional assistants within the office without our consent, increasing their fee. They told us that the rest of the money, after we are paid, will be going to their own organization. It is unclear to us how much money the lawyers are getting paid themselves. I'd like to speak for the people in the company who cannot speak for themselves. As far as my understanding goes, these lawyers are not able to represent us the way we need. What we wanted from this case was to go to trial and ask for more money, so that everyone can be paid fairly.

Sincerely,

Maria Simon