04-26-2019 (1)

Case 1:16CV00671 RMNRN

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 APR 26 PM 4:48
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

To who may concern my name is Maria Simas

on May 22-2019 I recived paper on my mail saying that I need to fille a motion to appose. I'm filling a motion for more time I hade a ppointment at the Clinect but I did have nomonia end up at the emergency so I was not able to respopound to any court work matter I would like to keep the case close untill I'm able to get a lowyer or represent myself  Maria Simas

also a person name Sana Peres would like to fille a motion for a new lawyer she was one of the employee at the exclusive

04-22-2019      16cv0671-RM

As to jay I did have appintment at the clinic on ~~wednesday~~ tuesday 3pm I'm asking for more time so I can propare to represent myself.

The person Sara peres was not able to come today but she would by to fille her motion