IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00671-RM-NRN

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; *and those similarly situated*,

Plaintiffs,

v.

XCLUSIVE STAFFING, INC.,
XCLUSIVE MANAGEMENT, LLC, *dba Xclusive Staffing*,
XCLUSIVE STAFFING OF COLORADO, LLC,
DIANE ASTLEY,
OMNI INTERLOCKEN COMPANY, L.L.C.,
OMNI HOTELS MANAGEMENT CORPORATION, and
MARRIOTT INTERNATIONAL, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on the Motion to Quash Subpoena and for Order to Show Cause by Attorney Alexander Hood (Dkt. #293). It is hereby **ORDERED** that a Motion Hearing is set for May 17, 2019 at 9:30 a.m. If Defendants wish to file a response, they shall do so on or before May 10, 2019. No reply will be accepted. Any party wishing to appear at the Motion Hearing by telephone is given leave to do so as long as all such parties **jointly** contact Chambers (303-335-2403) at the scheduled time.

      It is further **ORDERED** that the subpoena's May 6, 2019 date of compliance is **STAYED** pending the Court's final ruling on the subject motion.

Date: May 3, 2019