# EXHIBIT 5

| |
|---|
| **CLAIM FORM** |

**CLAIM YOUR MONEY BY COMPLETING THE FORM BELOW.**

| |
|---|
| **INFORMATION ABOUT YOU**<br>If You Intend to Claim MONEY, Please Complete This so We Can Contact You and Send You MONEY |

Your Name: _____

Address: _____

_____

Telephone number: _____

Do you have an email address?  If so, what is it? _____

| |
|---|
| **CLAIM**<br>(MAKING A CLAIM UNDER COLORADO STATE LAW AND CONSENT TO JOIN THE FEDERAL FAIR LABOR STANDARDS ACT CLAIM) |

**Sign here to claim money**: _____  _____
                               Signature of [NAME]           Date

By signing above, you are making a claim as a member of a class of workers who worked for Xclusive Staffing, Inc. ("Xclusive") and were assigned to work at one or more of Xclusive's client locations. You are also providing your consent to join the Fair Labor Standards Act claims and state law wage claims against Xclusive and the other defendants in the Lawsuits, *Valverde et al. v. Xclusive Staffing, Inc. et al.,* case number 16-cv-00671-RM-NRN and Trejo et al. v. Xclusive Staffing, Inc. et al., case number 17-cv-01602-RM-NRN. Signing will prevent you from bringing another claim based on the same or similar facts and circumstances alleged in the complaints in the Lawsuits. I understand that by signing this Claim Form I am agreeing to OPT-IN to a collective action under 29 U.S.C. § 216(b) *et seq*.

Instead of making this claim, you can also choose to not to be a member of the Colorado state law class by completing and returning the RED form, or you may object to the settlement by following the instructions for objection in the Notice that came with this form.

If you do nothing, you will no longer have a claim based on the facts and allegations raised in the Lawsuits.

**Instructions on the other side of the page will tell you how to return this form and what to do if you have questions.** 

| HOW CAN I GET MORE INFORMATION? |
|---|

The lawyers who brought this case work for Towards Justice. You can speak or write to someone at Towards Justice in **Spanish or English** to get more information about your rights.

You can contact to **Towards Justice** using the information below:

Towards Justice
1410 High St., Suite 300
Denver, CO 80218
[INSERT PHONE]
[INSERT EMAIL]

The **Class Administrator** is Optime Administration, LLC.

You can **call** or **fax** the Class Administrator:

Telephone: [INSERT]
Fax: [INSERT]

**OR**

You can **e-mail** the Class Administrator:

[INSERT]

| WHERE DO I SEND THIS FORM? |
|---|

You can **mail** your completed form to the following address using the envelope provided:

[INSERT]

You can **email** your completed form to [INSERT].

You can **fax** your completed form to [INSERT].

You can also complete and sign this form **digitally online** at [INSERT URL].

| WHAT IS THE DEADLINE TO SEND THIS FORM? |
|---|

**The deadline to return this form is DATE.**