# EXHIBIT 6

## SETTLEMENT OPT-OUT FORM

**COMPLETING THIS FORM MEANS <u>YOU WILL NOT RECEIVE ANY MONEY</u> FROM XCLUSIVE FOR ALLEGED UNPAID WAGES, BUT YOU CAN BRING YOUR OWN LAWSUIT FOR THIS CLAIM IN THE FUTURE.**

**IF YOU WANT TO BE PART OF THE CLASS FOR ALLEGED UNPAID WAGES AND RECEIVE MONEY AS PART OF THE CLASS, <u>DO NOT</u> COMPLETE AND RETURN THIS FORM. INSTEAD, COMPLETE AND RETURN THE <u>GREEN</u> FORM.**

### INFORMATION ABOUT YOU

Your Name: _____

Address: _____

_____

Telephone number: _____

### <u>NOT BEING PART OF THE CLASS</u>
(OPTING OUT OF THE CLAIMS UNDER COLORADO STATE LAW)

Sign below to Opt-Out:

_____     _____
Signature                                             Date

By signing above, you understand that you will not be part of the claim for alleged unpaid wages, that you won't receive any money for that claim from this settlement, but that you can bring another lawsuit by hiring your own attorney.

**<u>Instructions on the other side of the page will tell you how to return this form and what to do if you have questions.</u>** ➡

## HOW CAN I GET MORE INFORMATION?

The lawyers who brought this case work for Towards Justice. You can speak or write to someone at Towards Justice in **Spanish or English** to get more information about your rights.

You can contact to **Towards Justice** using the information below:

Towards Justice
1410 High St., Suite 300
Denver, CO 80218
[INSERT PHONE]
[INSERT EMAIL]

The **Class Administrator** is Optime Administration, LLC.

You can **call** or **fax** the Class Administrator:

Telephone: [INSERT]
Fax: [INSERT]

**OR**

You can **e-mail** the Class Administrator:

[INSERT]

## WHERE DO I SEND THIS FORM?

You can **mail** your completed form to the following address using the envelope provided:

[INSERT]

You can **email** your completed form to [INSERT].

You can **fax** your completed form to [INSERT].

You can also complete and sign this form **digitally online** at [INSERT URL].

## WHAT IS THE DEADLINE TO SEND THIS FORM?

**The deadline to return this form is DATE.**