# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-NRN
Consolidated for Settlement Approval with Civil Case No. 17-cv-01602-RM-NRN

ISABEL VALVERDE *ET AL.*,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *ET AL,*

    Defendants.

## DECLARATION OF ATTORNEY ALEXANDER HOOD

I, Alexander Hood, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for Plaintiffs in the above-captioned action.
2. I graduated from Williams College in 2002 and received my law degree *cum laude* from Boston College Law School in 2010.
3. I have been practicing law since 2010.
4. I am an attorney for Towards Justice, a non-profit legal organization.
5. I am one of two founding attorneys at Towards Justice.
6. Towards Justice is a non-profit legal organization principally dedicated to serving the interests of low-wage and immigrant workers. *See* www.towardsjustice.org.
7. Towards Justice has several attorneys and other staff members that speak Spanish fluently.
8. Plaintiffs' counsel are committed to advancing all costs of this litigation.

1

9. I have spent well over 100 hours investigating these cases.

10. I am counsel of record in the following cases: Abdon et al v. Maneotis et al, 11-cv-00110-JLK (D. Colo.); Hernandez v. Moore et al, 11-cv-00234-CMA-KMT (D. Colo.); Ayon v. Kent Denver School et al, 12-cv-02546-WJM-CBS (D. Colo.); Martinez Vasquez v. Leonard Farms and Livestock, LLC et al, 13-cv-00451-CMA-CBS (D. Colo.); Perez v. LFI FORT PIERCE, INC., et al, 13-cv-01306-RBJ-CBS (D. Colo.); Mancia Rivera v. Carniceria y Verduleria Guadalajara Inc. et al, 13-cv-02309-REB-MJW (D. Colo.); Evans, et al v. Loveland Automotive Investments, Inc., et al, 13-cv-02415-WJM-KMT (D. Colo.); Gentry, et al v. National Multi List Service, Inc., et al, 14-cv-00858-PAB-KMT (D. Colo.); Avendano v. Averus, Inc. et al, 14-cv-01614-CMA-MJW (D. Colo.); Armijo, et al v. Star Farms, Inc. et al, 14-cv-01785-MSK-MJW (D. Colo.); Garza v. Western Stone of Lyons, LLC et al., 14-cv-01953-REB-NYW (D. Colo.); Avina Painting Works LLC et al v. Smedra et al, 14-cv-02057-PAB-NYW (D. Colo.); Villalobos et al v. JMS Building et al, 14-cv-02253-PAB-CBS (D. Colo.); Menocal et al v. The GEO Group, Inc., 14-cv-02887-JLK (D. Colo.); Beltran v. Noonan et al, 14-cv-03074-CMA-CBS (D. Colo.); Cota Martinez et al v. Xclusive Management LLC et al, 15-cv-00047-MSK-MEH (D. Colo.); Rojas et al v. Westco Framers LLC et al, 15-cv-00168-WJM-KLM (D. Colo.); Llacua et al v. Western Range Association et al, 15-cv-01889-REB-CBS (D. Colo.); HISPANIC AFFAIRS PROJECT , et al v. PEREZ, et al, 15-cv-01562-BAH (D.D.C.); Castillo v. Western Range Association et al, 16-cv-00237-RCJ-VPC (D. Nev.); Valverde v. Xclusive Staffing, Inc. et al, 16-cv-00671-RM-MJW (D. Colo.); Solis et al v. Circle Group, LLC, 1:16-cv-01329-RBJ (D. Colo.); Heredia v.

3

Lorentz, et al., 2013CV032542 (Colo. Dist. Ct.); and Bautista v. Carl Karcher Enterprises LLC, No.BC649777 (Cal. Super. Ct.); Vilchez Tacza v. Hayre-Harter Ranches, LLC et al, 5:2016cv00774 (W.D. Tx.); Trejo et al v. Xclusive Staffing, Inc. et al, 2017cv01602 (D. Colo.); Hill v. Warsewa et al, 2018cv00277 (D.Colo.); Miles v. BKP Inc. et al, 2018cv01212 (D. Colo.); Hill v. Warsewa et al, 2018cv01710 (D. Colo.).

11. Many of these cases are putative class or collective actions.

12. Seven of these cases are certified class actions in which I am appointed class counsel (13-cv-02309; 14-cv-01785, 14-cv-01785, 14-cv-01614, 14-cv-03074, 2013CV032542).

13. The vast majority of these cases allege federal and/or state claims on behalf of low-wage, often Spanish speaking, workers.

14. Plaintiffs' counsel's retainer agreement with Plaintiffs only allows recovery of fees if Plaintiffs prevails.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 10, 2019

s/Alexander Hood
Alexander Hood, Attorney for Plaintiffs