# EXHIBIT 9

## DECLARATION OF L. SCOTT BAGGETT

1. I am a professional Statistician and have been retained by Towards Justice to perform calculations of two datasets that include weekly data of regular and overtime hours worked along with regular and overtime pay. My resume is attached to this declaration.

2. The first dataset, hereafter called "main", consists of 212,134 lines representing 10,010 employees and includes weekly pay period dates ranging from March 10, 2013 through February 3, 2019. After removal of 1,287 duplicate records, the median number of hours worked was 32.7 which is indicative of primarily weekly data although some employee-weeks have more than one line of data. The data were therefore consolidated by summing hours and wages by week such that each employee-week is only represented once. This consolidation reduced the record count to 199,669. After removal of pay-periods where no hours were worked, the final dataset consists of 199,149 unique employee-pay period records representing 9,981 employees.

3. The second dataset, hereafter called "conference center", consists of 11,483 lines representing 766 employees and includes weekly pay period dates ranging from March 10, 2013 through February 3, 2019. The median number of hours worked was 8.0 which is indicative of primarily daily data. The data were likewise consolidated by summing hours and wages by week such that each employee-week is only represented once. This consolidation reduced the record count to 4,295. After removal of pay-periods where no hours were worked, the final dataset consists of 4,159 unique employee-pay period records representing 684 employees.

4. The main dataset contains outlier or potentially erroneous values for pay rate and hours worked. There were 835 pay periods where the hourly pay rate was either less than $5.00 or greater than $20.00. These values were replaced by the average hourly pay rate recorded for that employee and year. In addition, there were 290 pay periods in the main dataset where the

total number of hours worked was either less than zero or greater than 80. Hours less than zero were replaced with zero and hours greater than 80 were replaced with 80.[1]

5. For the main dataset, the number of days worked in the pay period was assumed to be the total number of hours worked divided by eight. In other words, this calculation assumed an eight-hour day. The number of days worked during the weekly period was also restricted to not exceed seven. The number of thirty-minute meals earned was assumed to be one per day worked. An employee was required to work at least five hours in order to be eligible for a meal. The number of 10-minute rest breaks earned was assumed to be one every four hours worked in a single work day.

6. In order to compute wages owed for the main dataset, the first step was to compute the total regular and overtime wages paid for each period assuming the employee received all earned meals and rest breaks. The second step was then to compute the total regular and overtime wages paid for each period if the employee only received a percentage of their earned meals and percentage of their earned rest breaks where the remaining percentage of unreceived meal time and percentage of unreceived rest break time was added to the total hours worked. The final step was to compute the difference between the first and second steps of regular and overtime wages for each pay period. This difference represents wages owed for worked meal and rest break time. In addition, it is my understanding that a $3.00 service charge was assessed for each weekly pay check issued through June 2016. The damages assessment for the main dataset was computed for a range of percent time received for 30-minute meals and 10-minute rest breaks and is shown below for the 9,981 employees represented in the data.

---

[1] Damages calculations for the conference center dataset only requires a count of the employee-weeks recorded in the data through June 2016.

| % of Time Received Earned 30-min Meal | % of Time Received Earned 10-min Break | Total Damages |
|---|---|---|
| 50.00% | 50.00% | $4,425,544.07 |
| 60.00% | 60.00% | $3,590,750.77 |
| 70.00% | 70.00% | $2,761,880.07 |
| 80.00% | 80.00% | $1,939,648.93 |
| 90.00% | 90.00% | $1,124,902.51 |

7. In order to compute wages owed for the conference center dataset, the owed amount was computed only to be recovery of the $3.00 service charge that was assessed for each weekly pay check issued through June 2016. The total damages computed for the conference center dataset is $5,859 for 292 of 684 employees who were represented by pay periods through June 2016.

8. It is my professional opinion that the above methodology provides a weekly and aggregate value of time owed that is to within a reasonable degree of statistical certainty for the provided sample. All final and interim tabulations for both datasets are available upon request.

I declare under penalty of perjury that the foregoing is true and correct.

April 24, 2019

_L. Scott Baggett, Ph.D._

**L. SCOTT BAGGETT**  (832) 419-0733 (cell)
972 Hawkshead St.  scott.baggett@mail.com
Timnath, CO  80547

## EDUCATION

2000, Rice Univ., Ph.D. in Statistics
2000, Rice Univ., M.A. in Statistics
1994, Univ. of Arkansas, M.S. in Statistics
1985, Texas A&M Univ., M.S. in Biological Oceanography
1980, Univ. of Oklahoma, B.S. in Zoology

## EXPERIENCE

**Supervisory Statistician – United States Department of Agriculture, Forest Service, Rocky Mountain Research Station**
Fort Collins, CO, 2010 – Present

Responsibilities include supervision of statistical unit within the Rocky Mountain Research Station and expert statistical consultation to over 100 research grade scientists.  Duties also include technical review of manuscripts bound for publication in scientific journals and review of study plans involving complex experimental designs.  Position also encompasses management and oversight responsibilities for development of the USDA/FS national data archiving project.  Position obligations also require collaboration with other national Forest Service statisticians and development of venues for national collaboration and statistical consultation with other federal agencies involved with natural resource management.

**Director – Rice University Statistical Consulting Lab (SCL)**
**Lecturer – Rice University, Department of Statistics**
**Senior Statistician - Rice University, Jesse H. Jones Graduate School of Business (JGSB)**
Houston, TX, 1999 - 2010

JGSB duties include statistical consultation and programming services to research faculty and collaborators.  Position requires the proper application of established statistical procedures or development and implementation of new techniques for specific problem solving.  Projects typically involve intensive statistical research and/or programming and require optimal allocation of time and resources.  Duties routinely require collaborative preparation of manuscripts for publication and conference presentations.  Most final work-product is submitted to various peer-reviewed journals.  Responsibilities also include training and mentoring a staff of four full-time Research Analysts.  Achievements include contributions on over 100 published journal articles and conference presentations.  SCL duties include statistical consultation on projects across the Rice research community, primarily in Bioengineering, Economics and Ecology and Evolutionary Biology and participation in research grants.  Lecturer responsibilities for the Department of Statistics include regular teaching of graduate and advanced undergraduate level courses.

**Senior Statistician – Reliant Resources, Inc., Weather Derivatives Group**
Houston, TX, 2001 - 2002

Developed and implemented statistical methods for evaluation and improvement of short-term numerical atmospheric temperature forecast ensembles.  Developed thermometer error-correction algorithms for Automated Surface Observing System (ASOS) data in order to improve atmospheric temperature forecasts and uncertainty estimates.  Other projects include stochastic spatiotemporal climatological modeling based on historical sea-surface temperature data and modeling of residential natural gas consumption.  Position required collaboration with meteorologists, climatologists and energy specialists along with presentation of results to management.

## UNIVERSITY COURSES TAUGHT

Statistics 413, *Statistical Computing*
Statistics 421/621, *Time Series Analysis*
Statistics 450/540, *Practicum in Statistical Modeling*
Statistics 606, *SAS Statistical Programming*

## UNIVERSITY LEADERSHIP AND SERVICE

Committee on Faculty Salary Equity, 2001–2003
Faculty Advisory Board, Center for Computational Finance and Economic Systems (CoFES), 2003 – 2010

**PUBLICATIONS**

Parks, S.A., Parisien, M.A., Miller, C., Holsinger, L., Baggett, L.S. (2018) Fine-scale spatial climate variation and drought mediate the likelihood of reburning, *Ecological Applications*, 0(0), 1–14.

Reynolds, R.T., Lambert, J.S., Flather, C.H., White, G.C., Bird, B.J., Baggett, L.S., Lambert, C., Bayard De Bolo, S. (2017) Long-Term Demography Of The Northern Goshawk In A Variable Environment, *Wildlife Monographs*, 197(1), 1-40.

Sieg, C.H., Linn, R.R., Pimont, F., Hoffman, C.M., McMillin, J.D., Winterkamp, J., Baggett, L.S. (2017) Fires Following Bark Beetles: Factors Controlling Severity And Disturbance Interactions In Ponderosa Pine, *Fire Ecology*, 13(3), 1-23.

Flather, C. H.; Knowles, M. S.; Baggett, L. S. 2017. Land Cover Dynamics Across The Great Plains And Their Influence On Breeding Birds: Potential Artefact Of Data And Analysis Limitations, *Biological Conservation*, 213, 243-244.

Owen, S.M.; Sieg, C.H.; Meador, A.J.S, Fule, P.Z., Iniguez, J.M., Baggett, L.S., Fornwalt, P.J., Battaglia, M.A. (2017) Spatial Patterns Of Ponderosa Pine Regeneration In High-Severity Burn Patches, Forest Ecology and Management, 405(1), 134-149.

Hansen, E.M., Munson, A.S., Blackford, D.C., Graves, A.D., Coleman, T.W., Baggett, L.S. (2017) 3-Methylcyclohex-2-en-1-one for area and individual tree protection against spruce beetle (Coleoptera: Curculionidae: Scolytinae) attack in the southern Rocky Mountains, *Journal of Economic Entomology*, 110(5), 2140–2148.

Hansen, E.M., Munson, A.S., Blackford, D.C., Wakarchuk, D., Baggett, L.S. (2016) Lethal Trap Trees and Semiochemical Repellents as Area Host Protection Strategies for Spruce Beetle (Coleoptera: Curculionidae, Scolytinae) in Utah, *Journal of Economic Entomology*, 109(5), 2137-44.

Warren, S.D., Baggett, L.S., Warren, H. (2016) Directional Floral Orientation in Joshua Trees, *Western North American Naturalist*, 76(3), 374-378.

Warren, S.D., Aguilera, L.E., Baggett, L.S. (2016) Directional Orientation of Reproductive tissue of *Eulychnia breviflora* (Cactaceae) in the Hyperarid Atacama Desert, *Revista Chilena de Historia Natural*, 89(10).

Smits, K.M., Kirby, E., Massman, W.J., Baggett, L.S. (2016) Experimental and Modeling Study of Forest Fire Effect on Soil Thermal Conductivity, *Pedosphere*, 26(4), 462–473.

Quentin, A.G., Pinkard, E.A., Ryan, M.G., Tissue, D.T., Baggett, L.S. et al. (2015) Non-structural carbohydrates in woody plants compared among laboratories, *Tree Physiology*, 35(11), 1146-1165.

Parks, S.A., Miller, C., Holsinger, L.M., Baggett, L.S., Bird, B.J. (2016) Wildland Fire Limits Subsequent Fire Occurrence. International *Journal of Wildland Fire*, 25, 182-190.

Warren, S.D., St.Clair, L.L., Johansen, J.R., Kugrens, P., Baggett, L.S., Bird, B.J. (2015) Biological Soil Crust Response To Late Season Prescribed Fire In A Great Basin Juniper Woodland, *Rangeland Ecology and Management*, 68(3), 241-247.

Riggs, R.A., Keane, R.E., Cimon, N., Cook, R., Holsinger, L., Cook, J., DelCurto, T., Baggett, L.S., Justice, D., Powell, D., Vavra, M., Naylor, B. (2015). Biomass and Fire Dynamics in a Temperate Forest-Grassland Mosaic: Integrating Multi-Species Herbivory, Climate, And Fire With The Firebgcv2/Grazebgc System, *Ecological Modelling*, 296, 57-78.

Cooke, Brian; Parks, Sean; Miller, Carol; Holsinger, Lisa; Nelson, Cara; Holden, Zack; Baggett, Scott; Bird, Benjamin. 2016. Wildland Fire: Nature's Fuel Treatment, *Science You Can Use Bulletin*, Fort Collins, CO: Rocky Mountain Research Station, 22, 1-11.

Ganey, J.L., Bird, B.J., Baggett, L.S., Jenness, J.S. (2015) Density Of Large Snags and Logs in Northern Arizona Mixed-Conifer and Ponderosa Pine Forests, *Forest Science*, 61(2), 353-362.

Reeves, M.C., Baggett, L.S. (2014) A Remote Sensing Protocol For Identifying Rangelands With Degraded Productive Capacity. *Ecological Indicators*, 43, 172-182.

Stephens, E.H., Saltarrelli, J.G., Balaoing, L.R., Baggett, et al. (2012) Hyaluronan Turnover and Hypoxic Brown Adipocytic Differentiation are Co-localized With Ossification in Calcified Human Aortic Valves, *Pathology – Research and Practice*, 208(11), 642–650.

Holden, Z.A., Abatzoglou, J.T., Luce, C.H., Baggett, L.S. (2011) Empirical Downscaling of Daily Minimum Air Temperature at Very Fine Resolutions in Complex Terrain, *Agricultural and Forest Meteorology*, 151(8), 1066–1073.

Xu, S., Morse, A.M., Lacy, B., Baggett, L.S., Gogola, G.R. (2011) Peg Restrained Intrinsic Muscle Evaluator (PRIME): Development, Reliability, and Normative Values of a Device to Quantify Intrinsic Hand Muscle Strength in Children, *Journal of Hand Surgery*, 36A, 894–903.

**PUBLICATIONS (continued)**

Chew, S.A., Kretlow, J.D., Spicer, P.P., Edwards, A.W., Baggett, L.S., Tabata, Y., Kasper, F.K., Mikos, A.G. (2011) Delivery of Plasmid DNA Encoding Bone Morphogenic Protein-2 With a Biodegradable Branched Polycationic Polymer in a Critical-Size Rat Cranial Defect Model, *Tissue Engineering, Part A*, 17(5-6), 751-763.

Shi, M., Kretlow, J.D., Nguyen, A., Young, S., Baggett, L.S., Wong, M.E., Kasper, F.K., Mikos, A.G. (2010) Antibiotic-Releasing Porous Polymethylmethacrylate Constructs for Osseous Space Maintenance and Infection Control, *Biomaterials*, 31, 4146-4156.

Guo, X., Park, H., Young, S., Kretlow, J.D., van den Beucken, J.J., Baggett, L.S., Tabata, Y., Kasper, F.K., Mikos, A.G., Jansen, J.A. (2010) Repair of Osteochondral Defects with Biodegradable Hydrogel Composites Encapsulating Marrow Mesenchymal Stem Cells in a Rabbit Model, *Acta Biomaterialia*, 6, 39-47.

Saltarrelli, J.G., Stephens, E.H., Pilling, D., Baggett, L.S., Gomer, R.H., Nandi, K.J.J., Davis, E., Davis, A.R., Grande-Allen, K.J. (2009) Hypoxia, inflammatory cells, and hyaluronan homeostasis in aortic valve calcification. *Proceedings of the AHA*, Orlando, FL, November 2009.

Schuler, D.A., Chappell, M., Baggett, L.S. (2010) A Unique Pedagogical Approach to Voting and Public Goods, *PS: Political Science & Politics*, 43(4), 779-783.

Meng S., Kretlow, J.D., Nguyen, A., Young, S., Baggett, L.S., Wong, M.E., Kasper, F.K., Mikos, A.G. (2009) Antibiotic-releasing Porous Polymethylmethacrylate Constructs for Osseous Space Maintenance and Infection Control, *Biomaterials*, 31(14), 4146-4156.

Saraf, A., Baggett, L.S., Raphael, R.M., Kasper, F.K., Mikos, A.G. (2009) Regulated Non-Viral Gene Delivery from Coaxial Electrospun Fiber Mesh Scaffolds, *Journal of Controlled Release*, 143, 95-103.

Thibault, R.A., Baggett, L.S., Mikos, A.G. and Kasper, F.K. (2010) Osteogenic Differentiation of Mesenchymal Stem Cells on Pre-Generated Extracellular Matrix Scaffolds in the Absence of Osteogenic Cell Culture Supplements, *Tissue Engineering Part A*, 16(2), 431-40.

Stephens, E.H., Timek, T.A., Daughters, G.T., Kuo, J.J., Patton, A.M., Baggett, L.S., Ingels, N.B., Miller, D.C., Grande-Allen, K.J. (2009) Significant Changes in Mitral Valve Leaflet Matrix Composition and Turnover With Tachycardia-Induced Cardiomyopathy, *Circulation*, 120, 112-119.

Saraf, A., Lozier, G., Haesslein, A., Kasper, F.K., Raphael, R.M., Baggett, L.S., Mikos, A.G. (2009) Fabrication of Nonwoven Coaxial Fiber Meshes by Electrospinning, *Tissue Engineering Part C*, 15(3), 333-344.

Young, S., Patel, Z.S., Kretlow, J.D., Murphy, M.B., Mountziaris, P.M., Baggett, L.S., Ueda, H., Tabata, Y., Jansen, J.A., Wong, F., Mikos, A.G. (2009) Dose Effect of Dual Delivery of Vascular Endothelial Growth Factor and Bone Morphogenic Protein-2 on Bone Regeneration in a Rat Critical-Size Defect Model, *Tissue Engineering Part A*, 15, 2347-2362.

Kretlow, J.D., Jin, Y., Liu, W., Zhang, W.J., Hong, T., Zhou, G., Baggett, L.S., Mikos, A.G., Cao, Y. (2008) Donor Age and Cell Passage Affect Differentiation Potential of Murine Bone Marrow-Derived Stem Cells, *BMC Cell Biology*, 9(60), 1-13.

Pham, Q.P., Kasper, F.K., Baggett, L.S., Raphael, R.M., Jansen, J.A., Mikos, A.G. (2008) The Influence of an In-Vitro Generated Bone-Like Extracellular Matrix on Osteoblastic Gene Expression of Marrow Stromal Cells. *Biomaterials*, 29, 2729-2739.

Young, S., Kretlow, J.D., Nguyen, C., Bashoura, A.G., Baggett, L.S., Jansen, J.A., Wong, M., Mikos, A.G. (2008) Microcomputed Tomography Characterization of Neovasularization in Bone Tissue Engineering Applications. *Tissue Engineering. Part B, Reviews*, 14(3), 295-306.

Young, S., Bashoura, A.G., Borden, T., Baggett, L.S., Jansen, J.A., Wong, M. and Mikos, A.G. (2008) Development and Characterization of a Rabbit Alveolar Bone Nonhealing Defect Model, *Journal of Biomedical Materials Research. Part A*, 86, 182-94.

Baggett, L.S., Thompson, J.T. (2008) Everyman's MaxMedian Rule for Portfolio Management (From the Medievel Story of Everyman) Knowledge: Everyman, I will go with thee and be thy guide. *Proceedings of the Thirteenth U.S. Army Conference on Applied Statistics*.

Anderson, S.W., Baggett, L.S. and Widener, S.K. (2008) Customer Satisfaction Evaluations Following Service Operations Failures: The Role of Attributions of Blame, *Manufacturing and Service Operations Management*, 11(1), 52-69.

Quynh, P.P., Kasper, F.K., Baggett, L.S., Raphael, R.M., Jansen, J.A. and Mikos, A.G. (2007) An In Vitro Generated Bone-Like Extracellular Matrix Enhances the Osteoblastic Gene Expression of Marrow Stromal Cells. *Biomaterials*, 29(18), 2729-2739.

Holland, T.A., Bodde, E.W.H., Cuijpers, V.M.J.I., Baggett, L.S., Tabata, Y., Mikos, A.G. (2007) Degradable Hydrogel Scaffolds for *in vitro* Delivery of Single and Dual Growth Factors in Cartilage Repair. *Osteoarthritis and Cartilage*, 15, 187-197.

Revell, C.M., Dietrich, J.A., Scott, C.A., Luttge, A., Baggett, L.S., Athanasiou, K.A. (2006) Characterization of Fibroblast Morphology on Bioactive Surfaces Using Vertical Scanning Interferometry. *Matrix Biology*, 25, 523-533.

**PUBLICATIONS (continued)**

Almarza, A.J.; Bean, A.; Baggett, L.S.; Athanasiou, K.A.  (2006) Biochemical Characteristics of the Porcine Temporomandibular Joint Disc, *British Journal of Oral and Maxillofacial Surgery*, 44(2), 124-128.

Thompson, J.R., Baggett, L.S. (2006) The Little Formula That Beats the Market.  *Proceedings of the Twelfth U.S. Army Conference on Applied Statistics*.

Thompson, J.R., Baggett, L.S., Williams, E.E., Wojciechowski, W.C. (2006) Nobels for Nonsense, *The Journal of Post Keynesian Economics*, 29(1), 3-18.

Holland, T.A., Bodde, E.W.H., Baggett, L.S., Tabata, Y., Mikos, A.G., Jansen, J.A. (2005) Osteochondral Repair in the Rabbit Model Utilizing Bilayered, Degradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Scaffolds,  *Journal of Biomedical Materials Research, Part A*. 75, 156-167.

Holland, T.A., E.W.H. Bodde, L.S. Baggett, Y. Tabata, A.G. Mikos, and J.A. Jansen, (2005) Osteochondral Repair in the Rabbit Model Utilizing Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Scaffolds, *Trans. 51st Orthop. Res. Soc*.

Thompson, J.R., Baggett, L.S., Wojciechowski, W.C. (2004) Some Things We Know that Just Aren't So.  *Proceedings of the Second Lehmann Symposium*.

Schuler, D.A., K.E. Schneitz and L.S. Baggett (2002) Determinants of Foreign Trade Mission Participation. *Business and Society*, 41(1), 6-35.

Currall, S.C., T. Hammer, L.S. Baggett and G. Doniger (1999) Combining Qualitative and Quantitative Methodologies of Study Group Processes. *Organizational Research Methods*, 2, 5-36.

Baggett, L.S. and T.J. Bright. (1985) Coral Recruitment at the East Flower Garden Reef. *Proceedings of the 5th International Coral Reef Congress*, 4, 379-384.

**TRIAL DEPOSITION AND TESTIMONY**
**Prior 10 Years**

May 2017, Jeffrey Wall, et al., v. HP, Inc., Superior Court of the State of California for the County of Orange, Civil Complex Center, (deposition on behalf of Plaintiff)

March 2017, Arndt, et al. v. DirecTV, LLC, et al., Before the American Arbitration Association, (deposition on behalf of Plaintiff)

March 2016, Davenport et al. v. Charter Communications, LLC, United States District Court, E.D. Missouri, Eastern Division, (deposition on behalf of Plaintiff)

January 2016, Pierce et al. v. Kellan Restaurant Management Corp., Arbitration, (deposition on behalf of Plaintiff)

February 2015, Arnold, et al., v. DirecTV, LLC, et al., United States District Court, E. D. Missouri, Eastern Division, (deposition on behalf of Plaintiff)

November 2014, Perrin et al. v. Papa John's International, Inc., and Papa John's USA Inc., United States District Court, E.D. Missouri, Eastern Division, (deposition on behalf of Plaintiff)

June 2011, Collective Action Arbitration on Behalf of Customer Service Representatives Employed by Echosphere, LLC and Dish Network, L.L.C., Tulsa, Oklahoma, (arbitration testimony on behalf of Plaintiff)

March 2011, Garcia, et al., v. Tyson Foods, Inc., et al., U.S. District Court in Kansas City, Kansas, (live trial testimony on behalf of Plaintiff)