# EXHIBIT 11

# DECLARATION OF JOSE TREJO

I, JOSE TREJO, declare that the following is true and correct based upon my personal knowledge:

1. I am a named Plaintiff in *Trejo et al. v. Xclusive Staffing, Inc. et al.*, 17-cv-01602 (D. Colo.).
2. I have done hundreds of hours of work on this case.
3. I went to many meetings with my attorneys by phone and in person.
4. I have spent a lot of time trying to connect scared workers who were harmed by Xclusive with my attorneys at Towards Justice.
5. I introduced three named plaintiffs and several class members to the case and to the attorneys at Towards Justice.
6. I spent a significant amount of time with my attorneys answering questions and supplying documents for written discovery.
7. Spending all of this time on the case was difficult for me because it required a lot of time, energy, and money.
8. I have lost a lot of time that I could have spent working to make money or spending time with my children and family.
9. I have spent a lot of money on gas going to and from meetings with my attorneys or Xclusive attorneys and giving my fellow named plaintiffs rides to meetings.
10. I have experienced a lot of stress from this case. The biggest stress was fear of retaliation from Xclusive.
11. After I filed this case, I no longer worked for Xclusive and struggled to find a job.
12. I went to a deposition where Defendants' attorneys asked me questions under oath. I had never done anything like that before, and it was scary and hard for me. I wanted to do it because I wanted to stand up for the other workers.
13. I went to a mediation with the other named plaintiffs in this case and spent a full day, from about 8 a.m. to about 11 p.m. mediating this case.

1

14. I hired attorneys to bring this case as a class action for me and for other workers.

15. I brought this case for other workers because I wanted to bring justice to other people. I witnessed many other workers suffering the same way I did but they were afraid to do anything about it. I wanted to do justice for them and be a voice for those workers.

16. My first language is Spanish. Before signing this declaration, I had it interpreted into Spanish for me to make sure that I understand it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 22, 2019

_____
Jose Trejo