# EXHIBIT 13

## DECLARATION OF OBDULIA JULIE CORTES

I, OBDULIA JULIE CORTES, declare that the following is true and correct based upon my personal knowledge:

1. I am a named Plaintiff in *Trejo et al. v. Xclusive Staffing, Inc. et al.*, 17-cv-01602 (D. Colo.).

2. I've had to dedicate lots of time and energy to bringing this case.

3. I've never done anything like serving as a named plaintiff in this case. I'm 48, and I was born in California. I don't speak any English, and before working on this case, I didn't know much at all about the American justice system.

4. To work on this case, I had to have a lot of meetings with my attorneys by phone, and in person.

5. During these meetings, I had to think hard about all the time I worked at Xclusive and had to search through all my papers and give them to my attorneys so that they could respond to Xclusive's requests. That required a lot of work on my part because I worked for Xclusive for more than 15 years.

6. I worked with Xclusive from 2001 to 2017. After so many years of working there, I no longer get work with Xclusive. I knew that they'd be mad at me for joining this case, but I also knew that I had to do it to fight for justice for myself and my co-workers. There are so many people at Xclusive who may be too scared to stand up, and so I needed to stand up and be their voice.

7. I gave Towards Justice many years of pay stubs and time sheets that I had diligently kept throughout my work for Xclusive. These papers helped show how strong our claims were, not only for me but for all of the people who worked with me.

8. I told many colleagues about the case and brought them to meet with my attorneys at Towards Justice. I wanted everyone who was interested in speaking up to speak up like me, but even for people who were too scared, I wanted to make sure that I worked on the case so that I could fight for them.

9. I went to a mediation in this case with my attorneys and the other named plaintiffs. It took a full day, from before 9 a.m. to very late at night, around 11 p.m. I was not deposed in this case because my mother became sick and later passed away. I went to Mexico to be with her during that time.

1

10. Spending all this time on the case was difficult for me because I had to take many days and hours off of work to meet with my attorneys, have phone calls with them, and bring them documents. I lost many hours of pay to this case, and I knew that every day of work that I missed to work on this case put me at risk of losing my job. That's a big deal for me, because I live paycheck to paycheck. Missing pay makes it harder for me to afford everything I need and my kids need. If I don't work, I don't eat. Being a temporary worker, I have to take advantage of every hour of work offered to me. When I have to miss those hours of work to meet with my attorneys, it comes at a huge cost to my family.

11. In addition to work, I missed a lot of time with my family. I'm a single mom without anyone to help me support them. I felt like I needed to do this case to help other people, but doing that meant I had to miss time with my kids and miss work to make money for my kids.

12. I have not found consistent or reliable work since I was fired by Xclusive in 2017. I am a temporary worker now. Getting fewer hours of work means I have a harder time putting food on the table for my kids. Earlier this year, I couldn't put together rent money. We were facing eviction. This was because I couldn't get enough hours of work even though I had several jobs.

13. I hired attorneys to bring this case as a class action for me and for other workers.

14. I brought this case for other workers too because I wanted to stop injustice from being committed. There were so many people who didn't want to speak up because they were scared of losing their jobs. I lost my job, but I feel satisfied that I participated in this lawsuit to shed light on what was happening and to stop injustice from being done to more workers.

15. My first language is Spanish. Before signing this declaration, I had it interpreted into Spanish for me to make sure that I understand it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 9, 2019

_____
OBDULIA JULIE CORTES

2