# EXHIBIT 14

## DECLARATION OF VILMA DE JESUS ALVARENGA CARRANZA

I, VILMA DE JESUS ALVARENGA CARRANZA, declare that the following is true and correct based upon my personal knowledge:

1. I am a named Plaintiff in *Trejo et al. v. Xclusive Staffing, Inc. et al.*, 17-cv-01602 (D. Colo.).

2. I was born in El Salvador and am 57 years old. I don't speak any English, and I don't know much about the American legal system, but I wanted to join this case to help myself and all my coworkers at Xclusive.

3. I have spent dozens of hours working on this case, talking to my lawyers on the phone and in person, sending them all my documents, going to meetings with my lawyers, going to the deposition, and to the mediation so we could get a good settlement for all of the workers.

4. I spent a significant amount of time with my attorneys answering questions and supplying documents for written discovery. I sought out Towards Justice to represent me and brought them many pay stubs and other documentation as evidence to support the case.

5. I went to a deposition where Defendants' attorneys asked me questions under oath. It was my first time doing that. It was hard to do, and I felt nervous because I'd never done anything like that.

6. I attended a full-day mediation in this case with the other named plaintiffs. It lasted from about 8 a.m. to around 11 p.m. It was challenging and completely exhausting.

7. Spending all of this time on the case was difficult for me because it required a lot of time and took me away from work and my family. I had to take off work to help out on this case, and when I miss work, it means that I lose money that I need to buy groceries and other things we need. Whenever I miss work, I also risk losing my job entirely.

8. I also missed time with my family, including my children and grandchildren to work on this case.

9. I take care of my father, who is about 84 years old. I had to leave him at home alone in order to go to many meetings, the deposition, and the mediation.

10. I hired attorneys to bring this case as a class action for me and for other workers because I know that lots of other workers experienced the things that I experienced.

11. I brought this case for other workers too because I saw how other workers were treated badly like I was, and I wanted to help them.

12. My first language is Spanish. Before signing this declaration, I had it interpreted into Spanish for me to make sure that I understand it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 8, 2019

DocuSigned by:

VJAC
2CF6352CB63E429...

Vilma de Jesus Alvarenga Carranza