# EXHIBIT 15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-NRN
Consolidated for Settlement Approval with Civil Case No. 17-cv-01602-RM-NRN

ISABEL VALVERDE *ET AL.*,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *ET AL,*

    Defendants.

## DECLARATION OF ATTORNEY DAVID H. SELIGMAN

I, David H. Seligman, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for the Plaintiffs in the above-captioned action.

2. I graduated from Williams College in 2005 and received my law degree *cum laude* from Harvard Law School in 2010.

3. I have been practicing law since 2010.

4. I am the Director and an attorney at Towards Justice, a non-profit legal organization.

5. Before working at Towards Justice, I was a staff attorney at the National Consumer Law Center where I litigated and advocated on behalf of low-income consumers with a particular focus on class actions.

6. Plaintiff's counsel are committed to advancing all costs of this litigation.

7. I have spent over 100 hours investigating this case.

1

8. I am counsel of record in the following cases: Gentry, et al v. National Multi List Service, Inc., et al, 14-cv-00858-PAB-KMT (D. Colo.); Avendano v. Averus, Inc. et al, 14-cv-01614-CMA-MJW (D. Colo.); Garza v. Western Stone of Lyons, LLC et al., 14-cv-01953-REB-NYW (D. Colo.); Menocal et al v. The GEO Group, Inc., 14-cv-02887-JLK (D. Colo.); Beltran v. Noonan et al, 14-cv-03074-CMA-CBS (D. Colo.); Rojas et al v. Westco Framers LLC et al, 15-cv-00168-WJM-KLM (D. Colo.); Llacua et al v. Western Range Association et al, 15-cv-01889-REB-CBS (D. Colo.); HISPANIC AFFAIRS PROJECT , et al v. PEREZ, et al, 15-cv-01562-BAH (D.D.C.); Castillo v. Western Range Association et al, 16-cv-00237-RCJ-VPC (D. Nev.); Valverde v. Xclusive Staffing, Inc. et al, 16-cv-00671-RM-MJW (D. Colo.); Solis et al v. Circle Group, LLC, 1:16-cv-01329-RBJ (D. Colo.); Heredia v. Lorentz, et al., 2013CV032542 (Colo. Dist. Ct.); and Bautista v. Carl Karcher Enterprises LLC, No.BC649777 (Cal. Super. Ct.); Trejo et al v. Xclusive Staffing, Inc. et al, 2017cv01602 (D. Colo.); Miles v. BKP Inc. et al, 2018cv01212 (D. Colo.).

9. Many of these cases are putative or certified class or collective actions.

10. The vast majority of these cases allege federal and/or state claims on behalf of low-wage, often Spanish speaking, workers.

11. Plaintiffs' counsel's retainer agreement with Plaintiff allows counsel to recover attorney's fees only if Plaintiffs prevail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 8, 2019.

3

s/David H. Seligman
David H. Seligman, Attorney for Plaintiffs