# EXHIBIT 16

## DECLARATION OF ANTHONY GOMEZ

I, Anthony Gomez, being duly sworn, do hereby depose and state as follows:

1. I am one of the principals of Optime Administration, LLC ("Optime"), a firm that provides notice and claims administration services for class actions. Optime has experience in all areas of settlement administration, including providing notice to class members, processing claim forms, and distributing settlement proceeds to class members.

2. In the last 5 years, Optime has administered more than 75 collective action settlements throughout the United States.

3. Optime specializes in settlements involving low-wage, immigrant and non-English speaking workers. Optime is dedicated to ensuring that as many class members as possible receive their rightful distributions out of the class settlement, even when the class is made up of transient workers.

4. In accordance with settlement agreements, Optime will use all means available to notify each class member of the class action settlement, including sending notice by first class mail, building and maintaining a settlement website, and sending a text message to the class.

5. Notice packets that are returned to Optime by the Postal Service as undeliverable will be researched using a public records database called Intelius in order to ascertain an updated mailing address. If an updated address can be found, Optime will promptly remail the notice packet.

Signed on April 23, 2019, under the pains and penalties of perjury.

_____
Anthony Gomez
Optime Administration, LLC

1