# EXHIBIT 17



# Optime Administration, LLC

**ESTIMATE**

1/17/19

Alexander Hood, Esq.
Towards Justice in Colorado
1535 High Street, Suite 300
Denver, CO 80218
RE: Xclusive Staffing

| | Fee | Qty | Total Cost |
|---|---:|---:|---:|
| **Case Set Up Fee** | | | |
| Qualified Settlement Fund Account and Tax ID Numbers | $ 725.00 | 1 | $ 725.00 |
| Project Management | $ 150.00 | 1 | $ 150.00 |
| **Mailing** | | | |
| Prepare, format, print and mail class notice and claim (by first class mail) | $ 0.80 | 8000 | $ 6,400.00 |
| Include return self addressed stamped envelope | $ 1.00 | 1000 | $ 1,000.00 |
| Process undeliverables, research new addresses, remail notices | $ 1.00 | 4000 | $ 4,000.00 |
| Reminder mailing half way between initial mailing and deadline [POST CARD] | $ 0.80 | 2000 | $ 1,600.00 |
| Collect claim forms provide weekly status updates to counsel | $ 100.00 | 1 | $ 100.00 |
| Push SMS Text Message Notification of Settlement with link to URL | $ 1.50 | 6000 | $ 9,000.00 |
| **Calculations** | | | |
| Calculate tax withholdings for settlement payments (hourly) | $ 250.00 | 2 | $ 500.00 |
| **Distribution** | | | |
| Issue distributions on laser printed check with earnings/deductions stub | $3,000.00 | 1 | $ 3,000.00 |
| Includes maintaining reconciliation reports and providing to counsel | $ - | 1 | $ - |
| Complete quarterly payroll tax filing with IRS for withheld taxes | $ 500.00 | 1 | $ 500.00 |
| Complete quarterly payroll tax filing with Colorado for withheld taxes | $ 500.00 | 1 | $ 500.00 |
| **Settlement Finalization** | | | |
| Issue a 1099 to class members, furnish copies to IRS | $1,000.00 | 1 | $ 1,000.00 |
| Issue a W2 to class members, furnish copies to IRS | $1,000.00 | 1 | $ 1,000.00 |
| Preparation and filing of Tax Return for the QSF with IRS: | $ 500.00 | 1 | $ 500.00 |
| Preparation and filing of Tax Return for the QSF with State: | $ 500.00 | 1 | $ 500.00 |
| **Class Member Communications** | | | |
| Dedicated Settlement email address (1yr) | $ 20.00 | 1 | $ 20.00 |
| Toll Free call center | $ 0.50 | 8000 | $ 4,000.00 |
| Settlement website including option to submit claims through E-Signature | $1,500.00 | 1 | $ 1,500.00 |
| **Other Fees** | | | |
| Stop Payment on Issued Settlement Check = $40.00 per order (Bank Fee) | | | |

Total Estimate $ 35,995.00

Tel. 844.625.7313          WWW.OPTIMEADMIN.COM          INFO@OPTIMEADMIN.COM