**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-NRN
Consolidated for Settlement Approval with Civil Case No. 17-cv-01602-RM-NRN

ISABEL VALVERDE *ET AL.,*

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *ET AL,*

    Defendants.

---

**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT, ECF DOC. 296**

---

THE COURT, having considered the Motion for Preliminary Approval of Proposed Class and Collective Action Settlement Agreement (ECF Doc. 296) submitted by Plaintiffs Isabel Valverde, Jose Trejo, Marisol Trejo, Vilma de Jesus Alvarenga Carranza Obdulia Julie Cortez (hereinafter, "Plaintiffs"),[1] the facts, and the law, hereby finds and ORDERS as follows:

1. The Motion is GRANTED.

2. The Court finds that the Settlement (ECF Doc. 296-1) is within the range of reasonableness, and therefore justifies the issuance of notice to the classes and the setting of a final approval and fairness hearing.

3. The Settlement is therefore preliminarily approved, subject to final approval.

4. For settlement purposes only, the Court certifies the following classes pursuant to Fed. R. Civ. P. 23(b)(3):

    **a. The Fed. R. Civ. P. 23 Class:**

---

[1] Plaintiff Maria Simon does not join the Motion.

> ALL CURRENT AND FORMER HOURLY EMPLOYEES OF XCLUSIVE STAFFING, INC., XCLUSIVE STAFFING OF COLORADO, LLC, OR ANY OF THEIR AFFILIATES, WHO WORKED AT ONE OF THEIR CLIENTS' COLORADO LOCATIONS (EXCEPT SKY RIDGE MEDICAL CENTER HCA-HEALTHONE LLC) AND WERE EMPLOYED ON OR AFTER MARCH 22, 2013 AND UP TO AND INCLUDING FEBRUARY 3, 2019.

b. **The $3 Deduction Subclass:**

> ALL CURRENT AND FORMER HOURLY EMPLOYEES OF XCLUSIVE STAFFING, INC., XCLUSIVE STAFFING OF COLORADO, LLC, OR ANY OF THEIR AFFILIATES, WHO WORKED AT ONE OF THEIR CLIENTS' COLORADO LOCATIONS (EXCEPT SKY RIDGE MEDICAL CENTER HCA-HEALTHONE LLC) AND WERE EMPLOYED ON OR AFTER MARCH 22, 2013 AND UP TO AND INCLUDING JULY 1, 2016.

5. Plaintiffs Isabel Valverde, Jose Trejo, Marisol Trejo, Vilma de Jesus Alvarenga Carranza Obdulia Julie Cortez are hereby approved as class representatives.

6. Plaintiffs' counsel, Alexander Hood and David Seligman, are hereby approved as class counsel.

7. Optime Administration, LLC is hereby approved as the Class Administrator.

8. The following class is hereby conditionally certified pursuant to 29 U.S.C. § 216(b) (the "FLSA Class"):

> ALL CURRENT AND FORMER HOURLY EMPLOYEES OF XCLUSIVE STAFFING, INC., XCLUSIVE STAFFING OF COLORADO, LLC, OR ANY OF THEIR AFFILIATES, WHO WORKED AT ONE OF THEIR CLIENTS' COLORADO LOCATIONS (EXCEPT SKY RIDGE MEDICAL CENTER HCA-HEALTHONE LLC) AND WERE EMPLOYED ON OR AFTER MARCH 22, 2013 AND UP TO AND INCLUDING FEBRUARY 3, 2019.

9. The notices, claim forms, and opt-out forms attached to the Motion are hereby approved. *See* ECF Docs. 296-3 (notice for mailing, text, and delivery with pay envelopes), 296-4 (notice for publication), 296-5 (claim form), 296-6 (opt-out form).

10. The proposed form of notice is approved, *i.e.*, notice by mail, delivery with pay checks to current employees, text message, and publication as described in the Motion.

11. With respect to notice by text message, the Court hereby orders that it proceed as follows. An initial text will be sent by the Class Administrator in English and Spanish to every class member for whom Defendants can provide a phone number stating as follows:

> You may be a member of a class of individuals certified by a court to receive wages in a settlement regarding work you did for Xclusive Staffing. Go here to read about your rights: [INSERT URL].

12. If there are any responses to the text message via a text message response from a class member, the Court authorizes the Class Administrator to manually send from an individual mobile phone a single reply in the same language, English or Spanish, as the response with the following language:

> Thank you for the response. Please call or email the class administrator with any questions at [INSERT TOLL FREE NUMBER] or [INSERT EMAIL].

13. The Court hereby sets the following schedule for the claims process, final approval, and disbursement of settlement funds:

| | |
|---|---|
| Names and contact information provided to Settlement Administrator by Defendants | **Within 14 days of preliminary approval** |
| Notice distributed by mail and text | **Within 35 days of preliminary approval** |
| Notice, claim form, and opt-out form distributed by Defendants with pay checks to current employees | **Next regular pay day after mailed notice** |
| Notice published | **Within 35 days of preliminary approval** |
| Deadline for any objections or claims to be submitted to the Class Administrator (a claim or objection will be considered submitted if it is postmarked or received by this date) | **126 days after preliminary approval** |
| Motion for final approval and dismissal filed with the court | **Within 147 days of preliminary approval** |
| Plaintiffs' counsel submits their petition for fees and costs | **21 days prior to the final approval and fairness hearing** |
| Settlement administrator provides calculations of payments to all class members and reports to parties' counsel | **21 days prior to the final approval and fairness hearing** |

| Final approval and fairness hearing | **[SET BY COURT]** |
|---|---|
| Effective date | **As defined in paragraph 43 of the parties' settlement agreement** |
| Distribution of settlement funds to class by Class Administrator | **Within 42 days of the Effective Date** |

Dated this _____ day of _____, 2019.

                                                 **BY THE COURT:**

                                               _____

                                               The Honorable Raymond P. Moore
                                               United States District Judge