IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 16-cv-00671-RM-NRN
Consolidated with Civil Case No. 17-cv-01602-RM-NRN for Settlement Approval

ISABEL VALVERDE;
MARIA SONIA MICOL SIMON; and those similarly situated,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

---

## ORDER SETTING HEARING
---

Upon consideration of the Motion for Preliminary Approval of Proposed Class and Collective Action Settlement Agreement (the "Motion") (ECF No. 296), the court record, and the pending issues, it is ORDERED that a fairness hearing is set for Wednesday, **July 3, 2019, at 9:00 a.m.** in Courtroom A601, 6th Floor, at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado, 80294. All parties, including Plaintiff Simon, may appear to be heard on the Motion.

DATED this 10th day of May, 2019.

                                                      BY THE COURT:

                                                      */s/ Raymond P. Moore*

                                                      RAYMOND P. MOORE
                                                      United States District Judge