**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:     Janet Coppock | Date:   July 3, 2019 |

**CASE NO.   16-cv-00671-RM-NRN**

| Parties | Counsel |
|---|---|
| ISABEL VALVERDE,<br>MARIA SONIA MICOL SIMON,<br>JOSE TREJO,<br>MARISOL TREJO,<br>OBDULIA JULIE CORTES, and<br>VILMA DE JESUS ALVARENGA CARRANZA,<br><br>       Plaintiffs,<br><br>v.<br><br>XCLUSIVE STAFFING, INC.,<br>XCLUSIVE MANAGEMENT, LLC, d/b/a Xclusive Staffing,<br>XCLUSIVE STAFFING OF COLORADO, LLC,<br>DIANE ASTLEY,<br>OMNI INTERLOCKEN COMPANY, L.L.C.,<br>OMNI HOTELS MANAGEMENT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC.,<br>JMIR DTC OPERATOR, LLC, and<br>WESTIN DIA OPERATOR, LLC,<br><br>       Defendants. | David Seligman<br>(Pro Se, not present)<br><br><br><br><br><br><br><br><br><br>Jonathon Watson<br>Matthew Morrison |

**COURTROOM MINUTES**

**IN COURT HEARING
Court in session:         9:04 a.m.**

Appearances of counsel.   Present at Plaintiffs' table are Catherine Ordonez, Grace Garbee, and Victoria Guzman.

Discussion held regarding the settlement issues for today's hearing and Plaintiff Maria Simon's absence.   Mr. Seligman states that Ms. Simon contacted him and requested

that this hearing be reset.

**ORDERED:**  Ms. Simon's request to reset this hearing is DENIED.

Continued discussion held regarding the settlement issues for today's hearing.

**Court in recess:     10:21 a.m.**
**Court in session:   10:33 a.m.**

The Court advises that he will issue a written order regarding the issues discussed at today's hearing.

**Court in recess:            10:36 a.m.**
**Total in court time:       1:20**
**Hearing concluded**