**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-00671-RM-NRN
Consolidated for Settlement Approval with Civil Case No. 17-cv-01602-RM-NRN

ISABEL VALVERDE, *et al.*,

    Plaintiffs,

v.

XCLUSIVE STAFFING, INC., *et al.*,

    Defendants.

---

**DEFENDANTS' RESPONSE TO MEMORANDUM AND STATUS REPORT IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT [ECF DOC. 303]**

---

Defendants Xclusive Staffing, Inc. ("Xclusive"); Xclusive Management, LLC d/b/a Xclusive Staffing; Xclusive Staffing of Colorado, LLC; Diane Astley; Omni Interlocken Company, LLC; Omni Hotels Management Corporation; Marriott International, Inc.; JMIR DTC Operator, LLC; and Westin DIA Operator, LLC (collectively "Defendants") submit this Response to the Memorandum [ECF Doc. 303] filed by Plaintiffs Isabel Valverde, Jose Trejo, Marisol Trejo, Vilma de Jesus Alvarenga Carranza, and Obdulia Julie Cortez (hereinafter, "Movants") renewing their request for preliminary approval of the parties' proposed class and collective action settlement agreement [*see* ECF Doc. 296-1], and state as follows:

    1.    Defendants agree with the Movants that preliminary approval of the parties' settlement agreement should be granted, and do not oppose Movants' renewed request for approval. Although Defendants admit no wrongdoing and maintain that all proposed settlement

class members were properly compensated for all time worked, Defendants believe the settlement is a fair and reasonable compromise of Plaintiffs' claims.

2. The Memorandum requests that attorneys Alexander Hood and David Seligman be appointed class counsel. *See* ECF Doc. No. 303 at 3. Defendants do not object to the Request.

3. The Memorandum renews the Movants' requests that Rule 23 classes be certified for settlement purposes, that the Movants be appointed as class representatives, and that Optime Administration, LLC be appointed as class administrators. *See* ECF Doc. No. 303 at 3. Defendants do not object to these renewed requests.

4. The Memorandum requests that the Court's prior orders conditionally certifying FLSA classes be stayed and "that the FLSA class described in the Motion be preliminarily certified for settlement purposes only." *See* ECF Doc. No. 303 at 4. Defendants agree with and join in that request.

5. Defendants agree that if a low claim rate results in a residual settlement amount that exceeds $175,000, the parties should return to the Court with proposals for distributing the remaining settlement funds either to settlement class members, or *cy pres*, or both. *See* ECF Doc. No. 303 at 5.

6. Defendants agree with Movants that "no further action is necessary with respect to . . . non-Colorado employees" who might otherwise receive notice pursuant to the Court's stayed order mandating nationwide FLSA notice. *Id*. at 7.

Dated this 6th day of September, 2019.

           Respectfully submitted,

           SHERMAN & HOWARD L.L.C.


           *s/ Matthew M. Morrison*
           Jonathon M. Watson
           Matthew M. Morrison
           James S. Korte
           633 Seventeenth Street, Suite 3000
           Denver, CO  80202
           Telephone:  (303) 297-2900
           Facsimile:  (303) 298-0940
           Email:  jwatson@shermanhoward.com
           Email:  mmorrison@shermanhoward.com
           Email: jkorte@shermanhoward.com

           Attorneys for the Defendants

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 6th day of September, 2019, I electronically filed the foregoing **DEFENDANTS' RESPONSE TO MEMORANDUM AND STATUS REPORT IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT [ECF DOC. 303]** with the Clerk of the Court using the CM/ECF system, as well as deposited a copy in the United States First Class Mail addressed to the following:

Alexander Hood
David Seligman
TOWARDS JUSTICE
1535 High St., Suite 300
Denver, CO  80218
alex@towardsjustice.org
david@towardsjustice.org

Maria Simon, Plaintiff *Pro Se*
1338 S. Crystal Way
Aurora, CO  80012

Maria Simon, Plaintiff *Pro Se*
c/o The Gathering Place
1535 High Street
Denver, CO  80218

*s/ Louisa Boyte*