06-1-2020

To Whom if may Concern

My name is Maria S.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JUN -1  PM 3: 29

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Birth ████ 1969

Address 1335 South crystal

Aurora Co, 80012

Case number 7 1:16-CV-00671-RM-N-NR N

I'm willing to ask for more money
Judge Raymont P. moore is and did
award all employees twinty thousant
dallars for ane claim. With all do
rest pect I beleave that we deserve
More or I deserve more than $20,000.00
twinty thousand dallars, reason
(1) The exclasive purdge my name to
   Sign a spanish speaking paper
   celuch I dont understand spanish
   enough to sighn document all th monage
   inchange sign my name to say
   I tolce Lunch or break which we
   or did not take such a Lunch or
   break

(2)

For years we work for Him
ife the Some thing. And they
Change us Just to get paid
$3 ~~Dollars~~ and uniform
checks
Also this case it Started
from 2015 or 2016 Now
its 2020 years Later
that all A can to, I dont
know how to flle a Claim
of this matter but to
White or Later

Thank epu

720 609 3923

Maria Simen